Sieverding et al                              05-cv-01283 RMU

v.

American Bar Association et al.

Motion to allow plaintiffs, who are pro se, to use the ECF system for this action.

1.) The ECF system promotes justice by increasing the transparency of the judicial system, increasing speed, and decreasing costs both for the litigants and the court system.

2.) Plaintiffs have a stable email address to use for this action, sieverding.kay@slides.com, and have DSL high speed Internet connection.

3.) Plaintiffs know how to save a file as a PDF and how to upload files. In fact, for their family business, they maintain their own incoming file system with both a browser upload and a FTP site. They give customer technical support on uploading files to all their customers as needed including some attorneys. Plaintiffs have professional experience in system design.

4.) Plaintiffs found an on-line ECF training program and reviewed it. Plaintiffs already have an ECF account in the District of Minnesota and have no problems using it. (see 05-02, 04-4317). A Minnesota ECF clerk, Jennifer McDonald, at 651-848-1123, told plaintiffs that they were using the system as well or better than attorney filers, even though they taught themselves. They didn't misuse the system.

5.) Any issues as to procedure related to plaintiffs being pro se are not going to be any worse with ECF than without ECF. With ECF the drop down menus provide procedural assistance.

6.) The defendants in this case cannot be relied upon to serve plaintiffs in an expeditious manner without ECF. For instance, three of them used ECF to file motions on 6/30/01 asking the District of Colorado to find plaintiffs in contempt of court, and apparently, to put plaintiffs in jail for filing this action. The District of Colorado local rules require that litigants confer with the other party and state the opinion of the opposing side when filing a motion. None of them conferred or stated legal authority or stated plaintiffs' opinion on the proposition of putting them in jail. All the filers have plaintiffs email address, Sieverding.kay@slides.com.

7.) The Colorado magistrate, O.E.Schlatter, in the past has ruled on defense motions, filed without the required conference, filed without a statement of legal authorities, or other requirements for the action even when the action, such as closing the pleadings to plaintiffs only, are not allowed under his magistrate powers. There is a fairly good chance Magistrate Schlatter will put the plaintiffs in jail because he already had ex parte agreement to fix the case and has nothing to lose. Jailing plaintiffs may help Magistrate Schlatter avoid sanctions for his ex parte agreement to fix the case. Even being ordered to a Colorado hearing would be potentially dangerous because 02-1950 defendant Kevin Bennett already threatened to shoot a potential buyer of plaintiffs' former property and, since he is a convicted felon and a long term cocaine user, he is more likely than average to be dangerous. One of plaintiffs' former lawyers, Sandra Gardner, even said that her

2

boyfriend almost got in a fist fight with Kevin Bennett and another friend of plaintiffs said that Bennett suggested they go outside and have a fist fight. There was also an unexplained bullet hole through plaintiffs' window when they lived next door to him and he taunted their teenaged son and snuck up behind David Sieverding, about 18 inches away from him. Now, Kevin Bennett has a lot of money at risk in this litigation, so if he knew where plaintiffs would be, he might hire a hit man to kill them.    But even though the defense attorneys are proposing to put plaintiffs in jail, and to force them to close their business and travel 2000 miles, possibly encountering an angry ex felon, they didn't bother to email their motions to plaintiffs, apparently hoping that the Magistrate would rule without plaintiffs' having opportunity for input, as he has before.

8.) As another example of defendants willing to trick the docketing system, when Faegre & Benson was involved with litigation with defendants in 04-4317, they repeatedly filed paper "letters" and "affidavits" without motions or stated authorities to the judge although the Minnesota court is ECF and motions are supposed to be motions with the statement of authorities etc. They asked the Minnesota judge to call them so they could discuss the case without plaintiffs' presence. They sent an email to the magistrate and lied in the email, knowing that plaintiffs were traveling and could not quickly correct the lie (which had to do with whether or not plaintiffs had objected to their motion to find the plaintiffs in contempt of court and dismiss their case.)

9.) Without ECF, it is hard for plaintiffs to serve filings on the defendants. Two of the law firms have set their emails to reject plaintiffs' emails. Jane Bennett refuses deliveries from FEDEX and DHL and does not keep a known postal mailing address or published

phone number. McConnell Siderius told DHL they had the wrong address when DHL

tried to deliver to them. The ABA's counsel, Patricia Larson, refuses to accept plaintiffs'

pdfs on CD and has twice sent insulting letters to a list of lawyers implying that plaintiffs

would send them computer viruses, in full knowledge that plaintiffs own and operate a

reputable computer services business and do not have criminal personalities. The ABA

counsel also implied to multiple parties that plaintiffs are so stupid that if they were

going to send the defendants computer viruses, they would put their names on the cd's

and send them on their freight account.

10.)The Courts paper filing system is slow. Plaintiffs sent their initial complaint by DHL for

delivery on 6/22/05. Then it got sent to Virginia, delayed over getting a signature of

delivery, delayed over the weekend, and not entered until 6/29/05. Now, plaintiffs plan

to amend their pleadings and send in for the summons forms. At best, the amended

complaint will not be docketed for four days even if plaintiffs pay for over night

shipping.

11.) Denial of plaintiffs right to file in the same manner as other litigants may result in court

prejudice towards plaintiffs much like requiring criminal defendants to wear prison attire.

This is an issue with these defendants who have repeatedly tried to portray plaintiffs as

crazy, stupid, and criminal in every forum possible. Apparently many prisoners have

problems filing by ECF because they don't have the necessary computer access. In other

forums, defendants have repeatedly asked the court to apply "broke prisoner law" to

plaintiffs although they are "FREE CITIZENS" with no criminal convictions and no plea

4

bargains. Defense counsel apparently don't want to admit that plaintiffs are typical

middle-aged middle-class college graduates.

Plaintiffs declare under penalty of perjury that the foregoing is true and correct under penalty of

perjury that the foregoing is true and correct. Executed on July 7, 2005.

S./ _____          S./ _____

David Sieverding                     Kay Sieverding

641 Basswood Ave. Verona, WI 53593 Voice, 608 848 5721, Fax 608 845 3201

Sieverding.kay@slides.com

Certificate of service            S./ _____ Kay Sieverding _____

Since the summons forms have not been issued because plaintiffs were waiting for the case

number, plaintiffs are not on ECF, and most of the defendants have set their emails to reject

plaintiffs' email, plaintiffs will mail a copy of this motion to the addresses on their complaint.

Plaintiffs will also email a copy to them and probably the ones who accept the plaintiffs' emails

will forward it to the defense counsel, who refuse service by email. I sent this by fax also to

David Brougham at Hall and Evans, and Michael McConnell at McConnell Siderious because

they refuse our emails. .

Email receipt:

To: LarsonP-staff.abanet.org
From: Kay Sieverding <sieverding.kay@slides.com>
Subject: motion to get 05-cv-01238 ecf account
Cc: jpalmeri@wsteele.com, bhuff@wsteele.com, tkelley@faegre.com, cbeall@faegre.com,
Dbrougham@hallevans.com, mmcconnell@msfhc.com, tvanpelt@msfhc.com, sieverding.david@slides.com,
oliphant@colo-lawyers.com,
Bcc:
X-Attachments: :Kay's Drive:1115271:ecf motions.pdf:

To Patricia Larson, John Palmeri, Brett Huff, Thomas Kelley, Chris Beall, David Brougham, Mike McConnell,
Traci Van Pelt, James B.F. Oliphant

Attached is our motion to get a District of Columbia ECF account, which is apparently how it is done in the District of Columbia.

There are some statements in there about the conduct of our previous communications (your letters and refusal of service), potential physical danger from Kevin Bennett if we go to Colorado for criminal trial for contempt of court, and your recent motions to have me jailed for contempt of court, that you should review for factual accuracy.

Jail is what you want for me, correct?

Kay Sieverding
608 848 5721
641 Basswood Ave
Verona WI 53593
fax 608 845 3201


Service by mail to: American Bar Association* 740 15th St. Northwest. Washington D.C. 20005,

202-862-1000.

Jane Bennett, 701 Princeton Ave., Steamboat Springs, CO, 80477 (unpublished phone)

Faegre & Benson, LLP, 90 S. 7th St, Minneapolis, MN, 55402. 303-607-3500.

Hall and Evans LLC, 1125 17th St. Suite 600, Denver CO 80206, 303-628-3300.

McConnell Siderius Fleischner Houghtaling & Craigmile, 4600 S. Syracuse Suite 200, Denver

CO 80237, 303 480 0400. (fax 303 458 9520)

James B.F. Oliphant, Feldman, Nagel & Oliphant, PO 775628, 919 Oak St., Steamboat Springs, CO 80477, 970-879-6060.

Routt County Court, 522 Lincoln Ave, Steamboat CO 80477, 970-879-5020.

The World Company AKA Lawrence Journal World and the Steamboat Pilot & Today.
609 New Hampshire. P.O. 888, Lawrence, Kansas 66044. 785-843-1000.

U.S. Judiciary, Thurgood Marshall Federal Judicial Building, One Columbus Circle, N.E., Room 6100, Washington DC 20002-8003. 202-502-4250.

White & Steele, 950 17th St., 21st Floor, Denver, CO 80202, 303-296-3131.