Sieverding et al                                     05-cv-01283 RMU

v.

American Bar Association et al.

---

Certificate of Service on American Bar Association

1.) Plaintiffs sent the effective complaint, dc2.pdf, to the American Bar Association as an email attachment, PDF, on 07/08/05. They sent it to the same ABA counsel they had previously been dealing with, Patricia Jean Larson, in the ABA's Chicago office. They have emailed her many times before at the same address as Ms. Larson doesn't like to get CD's. They also included on the distribution list Mr. DePriest, ABA general counsel, and Robert Evans in the D.C. office.

2.) Plaintiffs emailed to the ABA list on Friday July 8, 2005:

> "Please do not solicit ex parte fixing of the case as you did in 02-1950. Mr. Brougham said that he already tried but was so far unsuccessful.
>
> Please let me know if the ABA and other defendants will respond without my paying to serve you. Will you file a notice of appearance in the District of Columbia?"

3.) Patricia Nelson emailed back to plaintiffs, the Sieverdings, On Monday July 11, 2005:

> "The ABA cannot agree to facilitate actions by you that would be in violation of a standing court injunction. Therefore, the ABA cannot agree to accept service"

4.) Sieverdings emailed back to the ABA before noon but no response has been received by 6:20:

> "I don't remember seeing the word "injunction" in the 02-1950 record except as used by my family and I to request cessation of restraints on my liberty and publications calling me a criminal. Will you please direct me to where in the 02-1950 record it says that an injunction on us is under consideration or that an injunction has issued? There wasn't any Rule 65 notice or order to show cause that an injunction restricting our freedom of speech could or should issue. I looked up 782 listings on the Internet about injunction and they were all really formal and mostly related to patents, trademarks, and jointly owned real estate. They all had special forms that said "injunction" on the top."

5.) The plaintiffs same email continued:

1

"I didn't see the terms Rule 65 used anywhere in the 02-1950 record that I remember it. I looked up West Law's publications and they said that an injunction could not issue except through Rule 65 and requires a basis in law, irreparable damage to the requester that does not include legal expenses, and a formal notice and hearing. What would be the statutory authority and the pinpointed objective of such an injunction? How would the ABA suffer irreparable harm from our filing for such relief in Washington D.C.? Is the $10,000 Magistrate Schlatter wants to fine us and give to you so important to the ABA that you would ruin our lives forever? Why do you think you have a right to our $10,000? Have you identified anything we filed that was fraudulent or violated Rule 11? If so, what, and why didn't you file under Rule 9 or Rule 11 challenging something in particular we filed as being fraudulent or a misstatement of law? Your "motion to dismiss with prejudice" just states that the ABA thinks it doesn't have a duty to care for the public and that the ABA cannot impose standards on its members."...

"Also, I was going through the record and I was wondering what is a "motion to dismiss with prejudice" based on rule 12? All the (civil) cases I saw that were dismissed with prejudice had gone through a jury or the plaintiff was seeking to withdraw after responsive pleadings were filed or had failed to show up to various hearings. When I looked over your motion to dismiss for failure to state a claim, I didn't see any explanation or citation of law that would make it with prejudice."*

---

* Just as plaintiff was typing this she realized that the only motion that Larson filed in 02-1950, (other than her letter asking Judge Nottingham to fix the case), used the words "Dismiss with Prejudice" at the top and "Dismiss for Failure to State a Claim 12(b)" in the body. At the time plaintiffs responded, over two years ago, they knew less about law and don't remember even noticing the discrepancy. Isn't that kind of fast one against Rule 11?

6.) The plaintiffs email to the ABA in response to their email today continued:

2

"If our pleading was inadequate, could not we have added more facts or detail or are you claiming that the ABA is immune from civil suit, like a judge, except for from employees or paying members?"

7.)(Actually, plaintiffs did buy an associate membership from the ABA and some subscriptions. That's how they found out about the Administrative Procedures Act. They don't remember reading anything saying that there is a difference between the ability of an associate member to sue the ABA and that of an attorney member, or a former member, of a non-member. Except that if you are an attorney member you're not supposed to rely on the rules of professional conduct as being considered "laws", correct?)

8.) Plaintiffs continued:

"If so, can you point me to the law that gave the ABA a right to not answer a lawsuit filed by an American citizen?"

9.)     "I don't think the ABA has an option of refusing court service. I just asked you to save me $40 or $50 so I could buy my son a new pair of shoes. It is more difficult for us to make it financially because the Steamboat Pilot continues to accuse me on the Internet of being a criminal so it cuts off my financial options and, of course, our insurance claims have been boycotted as you must know. Please respond"

Plaintiffs declare under penalty of perjury that the foregoing is true and correct under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2005.

S./ _[signature]_                                     S./ _Kay Sieverding_

David Sieverding                                     Kay Sieverding

641 Basswood Ave. Verona, WI 53593 Voice 608 848 5721, Fax 608 845 3201,

Sieverding.kay@slides.com   _Sent by email on 7/11/05 to Pat Larson DEPRIEST + EVANS Kay Sievers_