AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

2005 JUL 26 A 9:56

DOUGLAS COUNTY
SHERIFFS DEPT
LAWRENCE KS

Sieverding et al.

v.

ABA et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 01293 RMY

TO: (Name and address of Defendant)

The World Company (Authorized Agent)
609 New Hampshire
Lawrence KS 66044

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sieverding
641 B Asswood Ave
Verona WI 53593

an answer to the ~amended~ complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. ~amended~

NANCY MAYER-WHITTINGTON          JUL 18 2005
CLERK                             DATE

_Jackie Frans_
(By) DEPUTY CLERK

v. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

05 CV 01283 RMU

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 28, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Quintin L. Shields | Special Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Donna Wiley, RA

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $25.00 | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/28/05
_____
Date

_Quintin L. Shields_
_____
Signature of Server

111 E. 11th, Lawrence KS
_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

8/01) Summons in a Civil Action

| RETURN OF SERVICE | 05 CV 01283 RMU |
|---|---|
| ice of the Summons and complaint was made by me[(1)] | DATE 072705 |
| E OF SERVER *(PRINT)* JOE SADLOCHA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAND-DELIVERY TO PETER MONSON, ASSOCIATE, AT HALL AND EVANS, 1125 17th ST #600, DENVER, CO, 80202, AT 1220 PM ON 072605

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07 28 05
           *Date*

Signature of Server: Joe Sadlocha

Address of Server: 1701 WYNKOOP ST #246, DENVER, CO 80202

Christopher P. [signature]

My commission expires 12/08/07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE   05 CV 01283 RMU

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 07-27-05 |
| NAME OF SERVER (PRINT)  JOE SADLOCHA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAND-DELIVERY TO BRETT HUFF, ATTORNEY, AT WHITE AND STEELE, 950 17th St. #2100, denver, CO, 80202; AT 1:07 pm ON 07-26-05

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-28-05
             *Date*

Signature of Server:  Joe Sadlocha

Address of Server:  1701 Wynkoop St. 246, denver, CO 80202

Christopher Grealish

My commission expires 12/05/07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.