ʌv. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

05 CV 01283 RMU

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7-28-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BILL BRANDENBURG | LT. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: **COURTHOUSE**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **TRACEY EPLEY**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-28-05        *Bill Brandenburg*
              Date           Signature of Server

                             RCSO.
                             Address of Server

Routt County Combined Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | 05 CV 01283 RMU |
|---|---|

Service of the Summons and complaint was made by me(1)  DATE 8/1/05

NAME OF SERVER *(PRINT)* Jeannie Casey   TITLE Admin. Asst.

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2025 Shield Dr., Steamboat Springs, CO.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/01/05
         Date         *Signature of Server* J. Casey

Address of Server: 2025 Shield Dr., Steamboat Spr.

JANE Bennett

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.