IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–01950–EWN–OES

KAY SIEVERDING, *et al.*,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, *et al.*,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Referrals of any pending motion to the assigned magistrate judge are hereby VACATED.

This court will hold a hearing regarding the Newspaper Defendants' "Motion for Entry of Order to Show Cause Why Plaintiffs David and Kay Sieverding Should Not Be Held In Contempt of Court" (Document 496) filed October 27, 2004, and all related motions, on Friday, **September 2, 2005** from 2:45 o'clock p.m. until 3:15 o'clock p.m.

Dated: July 8, 2005