| | |
|---|---|
| From: | VIA Transmission - Eighth Circuit U.S. Court of Appeals Clerks Office |
| To: | John Philip Borger |
| Date: | August 08, 2005 04:45 PM |
| Pages: | 2 |
| Subject: | Via Notice for case 05-2824 ~05-2824:mer237223080805P2-2:0 |

----------------------VIA  TRANSMISSION-----------------------

TO: John Philip Borger


FROM:   United States Court of Appeals for the Eighth Circuit

   Circuit Clerks Office
   111 South 10th Street
   Suite 24.329
   Saint Louis, MO  63102

   Voice: 314-244-2400    Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it
are the property of the U.S. Courts, are confidential, and are
intended solely for the use of the individual or entity to whom
this Fax/E-mail is addressed.  If you are not one of the named
recipient(s) or otherwise have a reason to believe that you have
received this message in error, please notify the sender at
314-244-2400 and delete/destroy this message immediately.  Any
other use, retention, dissemination, forwarding, printing, or
copying of this Fax/E-mail is strictly prohibited.

----------------------------------------------------------------

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 05-2824

David Sieverding: Kay Sieverding,　*
　　　　　　　　　　　　　　　　*
　Appellants,　　　　　*
　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　*　District Court for the
　　　　　　　　　　*　District of Minnesota.
Faegre & Benson, LLC; Steamboat　*
Pilot/Today Newspaper/Internet　*
Publication; Worldwest, LLC;　　*
Ralph Gage, or other owner of　　*
Steamboat Pilot/Today,　　　*
　　　　　　　　　　　　　　　　*
　Appellees.　　　　　*

　　　　　　　　JUDGMENT


　This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). Appellant's pending motions have been considered by the court and are denied.

(5361-010199)

　　　　　　　August 8, 2005


Order Entered at the Direction of the Court


Clerk, U.S. Court of Appeals, Eighth Circuit

| | |
|---|---|
| From: | VIA Transmission – Eighth Circuit U.S. Court of Appeals Clerks Office |
| To: | John Philip Borger |
| Date: | August 08, 2005 04:45 PM |
| Pages: | 2 |
| Subject: | Via Notice for case 05-2824 ~05-2824:mer337223080805P2-2:0 |

---------------------VIA  TRANSMISSION-----------------------

TO: John Philip Borger


FROM:    United States Court of Appeals for the Eighth Circuit

                    Circuit Clerks Office
                    111 South 10th Street
                    Suite 24.329
                    Saint Louis, MO  63102

        Voice: 314-244-2400    Fax..: 314-244-2780

Confidential:  This Fax/E-mail and any files transmitted with it
are the property of the U.S. Courts, are confidential, and are
intended solely for the use of the individual or entity to whom
this Fax/E-mail is addressed.  If you are not one of the named
recipient(s) or otherwise have a reason to believe that you have
received this message in error, please notify the sender at
314-244-2400 and delete/destroy this message immediately.  Any
other use, retention, dissemination, forwarding, printing, or
copying of this Fax/E-mail is strictly prohibited.

---------------------------------------------------------------

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House

| | | |
|---|---|---|
| | Room 24.329 | VOICE (314)244-2400 |
| Michael E. Gans | 111 S. 10TH Street | FAX (314)244-2780 |
| Clerk of Court | St. Louis, Missouri 63102 | www.ca8.uscourts.gov |

August 8, 2005

Mr. David Sieverding
641 Basswood Avenue
Verona, WI  53593

Ms. Kay Sieverding
641 Basswood Avenue
Verona, WI  53593

   Re:  05-2824   David Sieverding vs. Faegre & Benson

Dear Mr./Ms. Sieverding:

   Enclosed is a copy of the dispositive order in the referenced appeal.  Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment.  This court strictly enforces the 14 day period.  No grace period for mailing is granted .  A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

(5009-010199)

        Michael E. Gans
        Clerk of Court

mer

Enclosure(s)

cc:  Honorable John R. Tunheim, U.S. District Judge
    Eric Jorstad
    John Philip Borger
    Richard Sletten, Clerk

   District Court/Agency Case Number(s):  CIV 04-4317 JRT/FLN