UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. **02-CV-1950-EWN (OES)**

KAY SIEVERDING, et al.

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.

    Defendants.

_____

**NEWSPAPER DEFENDANTS' THIRD SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**
_____

Defendants WorldWest Limited Liability Company, d/b/a *The Steamboat Pilot & Today*, and Suzanne Schlicht (herein, "the Newspaper Defendants"), through their attorneys with Faegre & Benson, LLP, submit this Third Supplemental Memorandum in support of their motion for entry of an order to show cause why the plaintiffs should not be held in contempt of court.

In further support of their motion, the Newspaper Defendants state as follows:

1.     On June 30, 2005, as a result of an unsolicited inquiry from the Clerk of the Court for the United States District Court for the Northern District of Illinois, the Newspaper Defendants learned that the plaintiffs have filed yet another civil action relating to the same transactions addressed in this case, again without the representation of a licensed attorney. (A copy of the Illinois complaint is attached as **Exhibit D**.)

2. The plaintiffs' filing of the Illinois civil action constitutes the fourth separate violation of this Court's March 19, 2004 injunction against further pro se litigation by these parties.

**WHEREFORE**, the Newspaper Defendants respectfully request that the Court grant their motion for an Order to Show Cause why plaintiffs David and Kay Sieverding should not be held in contempt.

Respectfully submitted to the Court this __1st__ day of July, 2005,

>By  /s/ Christopher P. Beall
>  Thomas B. Kelley
>  Christopher P. Beall
>FAEGRE & BENSON LLP
>3200 Wells Fargo Center
>1700 Lincoln Street
>Denver, CO 80203-4532
>(303) 607-3500
>
>ATTORNEYS FOR DEFENDANTS
>WorldWest Limited Liability Company, d/b/a *The Steamboat Pilot & Today*, and Suzanne Schlicht

DNVR1:60308133.01

2

# CERTIFICATE OF SERVICE

I hereby certify that on this __1st__ day of July, 2005, I electronically filed the foregoing **NEWSPAPER DEFENDANTS' THIRD SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF ORDER TO SHOW CAUSE** with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

David R. Brougham, Esq. – brougham@hallevans.com
HALL & EVANS
1125 17th Street, Suite 600
Denver, Colorado 80206

Brett Norman Huff, Esq. – bhuff@wsteele.com
WHITE AND STEELE, P.C.
950 Seventeenth Street, 21st Floor
Denver, Colorado 80202-2804

Michael T. McConnell, Esq. – mmcconnell@msfhc.com
Traci L. Van Pelt, Esq. – tvanpelt@msfhc.com
Meghan Elizabeth Pound, Esq. – mpound@msfhc.com
McCONNELL, SIDERIUS, FLEISCHNER, HOUGHTALING & CRAIGMILE, LLC
4700 South Syracuse Street, Suite 200
Denver, Colorado 80237

I also certify that the same foregoing document will be placed in the U.S. Mail, postage prepaid, correctly addressed to the following additional persons who are not registered with the Court's ECF/CM system:

**Plaintiffs**:
    (With courtesy copy e-mailed to sieverding.kay@slides.com)
    Kay Sieverding    David Sieverding
    Ed Sieverding    Tom Sieverding
    641 Basswood Avenue
    Verona, Wisconsin 53593

**Defendants:**
James B.F. Oliphant, Esq.
FELDMANN, NAGEL & OLIPHANT LLC
919 Oak Street
Post Office Box 775628
Steamboat Springs, Colorado 80477

Patricia J. Larson, Esq.
Office of the General Counsel
American Bar Association
321 North Clark Street
Chicago, Illinois  60610-4714


　　　　　　　　　　　　　　　　　　　　　　/s/  Tracy Reed


DNVR1:60308133.01