IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 02-CV-1950- EWN-OES

KAY SIEVERDING, et al.

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

---

## MOTION FOR ENTRY OF ORDER TO SHOW CAUSE
---

    Hall & Evans, L.L.C., adopts and incorporates by reference the motion heretofore filed by Defendants WorldWest Liability Company, d/b/a *The Steamboat Pilot & Today,* and Suzanne Schlicht (herein, "the Newspaper Defendants"), seeking an order of this Court requiring Plaintiffs to show cause why they should not be held in contempt, and as grounds for this Motion states and alleges as follows:

    1.    As indicated in the Second Supplemental Memorandum in support of motion for entry to show cause filed by the Newspaper Defendants, the Plaintiffs have again violated the March 19, 2004 order of this Court prohibiting and enjoining the Plaintiffs from commencing litigation based upon the series of transactions described in the original Complaint filed by the Plaintiffs in this matter. This most recent filing occurred on June 23, 2005, and involves a purported "Notice of Appeal" filed in both this Court and the United States District Court for the District of Columbia, which identifies as one of several Defendants, the firm of Hall & Evans, L.L.C. This is the first time that Hall & Evans, L.L.C., has been named in a court filing which violates this Court's order of March 19, 2004. Again, upon the grounds and reasoning asserted

2

by the Newspaper Defendants, Hall & Evans, L.L.C. now joins in the motion of the Newspaper Defendants seeking an order of this Court requiring the Plaintiffs to show cause why they should not be held in contempt for their clear violation of the above-referenced order of March 19, 2004.

                Respectfully Submitted,

                **s / David R. Brougham**

                David R. Brougham
                HALL & EVANS, L.L.C.
                1125 Seventeenth Street, Suite 600
                Denver, Colorado 80202
                Phone: (303) 628-3300
                Fax #: (303) 293-3238
                E-Mail: broughamd@hallevans.com
                **ATTORNEY FOR HALL & EVANS, L.L.C.**

Case 1:05-cv-01285-RNH-OES Document 15 Filed 08/05/2005 Page 2 of 4

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 29th day of June, 2005, I electronically filed the foregoing **MOTION FOR ENTRY OF ORDER TO SHOW CAUSE** with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

**Christopher P. Beall**
cbeall@faegre.com treed@faegre.com

**Brett Norman Huff**
bhuff@wsteele.com cfalk@wsteele.com

**Michael T. McConnell**
mmcconnell@msfhc.com lstevens@msfhc.com

**Meghan Elizabeth Pound**
mpound@msfhc.com

**Traci L. Van Pelt**
tvanpelt@msfhc.com lstevens@msfhc.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner indicated by the non-participant's name:

**Kay Sieverding**
**David Sieverding**
**Ed Sieverding**
**Tom Sieverding**
641 Basswood Ave.
Verona, WI 53593

**Patricia Jean Larson**
American Bar Association, Office of General Counsel
541 North Fairbanks Court
Chicago, IL 60611

**James Booth Fajardo Oliphant**
Oliphant, Hammond & O'Hara
919 Oak Street
P.O. Box 774425
Steamboat Springs, CO 80477

3

4

**J. Richard Tremaine**
Klauzer & Tremaine, LLC
P.O. Box 774525
Steamboat Springs, CO 80477

**Randall W. Klauzer**
Klauzer & Tremaine, LLC
P.O. Box 774525
Steamboat Springs, CO 80477

                                                   **s/ Marlene Wilson, Secretary**
                                                   _____
                                                   David R. Brougham
                                                 HALL & EVANS, L.L.C.
                                                 1125 Seventeenth Street, Suite 600
                                                 Denver, Colorado 80202
                                                 Phone: (303) 628-3300
                                                 Fax #   (303) 293-3238
                                                 E-Mail: broughamd@hallevans.com
                                                 **ATTORNEYS FOR DEFENDANT**
                                                 **HALL & EVANS, L.L.C.**