IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-CV-1950-EWN-OES

KAY SIEVERDING, et al.,

Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.

Defendants.

___

**JOINDER IN MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**
___

      Defendant Colorado Bar Association ("CBA"), by and through its attorney, Brett N. Huff, of the law firm of White and Steele, P.C., adopts and incorporates by reference the motion heretofore filed by Defendants WorldWest Liability Company, d/b/a The Steamboat Pilot & Today, and Suzanne Schlicht (herein, "the Newspaper Defendants"), seeking an order of this Court requiring Plaintiffs to show cause why they should not be held in contempt, and as grounds for this motion, states and alleges as follows:

      As indicated in the Second Supplemental Memorandum in Support of Motion for Entry to Show Cause filed by the Newspaper Defendants, the Plaintiffs have again violated the March 19, 2004 order of this Court prohibiting and enjoining the Plaintiffs from commencing litigation based upon the series of transactions described in the original Complaint filed by the Plaintiffs in this matter. This most recent filing occurred on June 23, 2005, and involves a purported "Notice of Appeal" filed in both this Court and the United States District Court for the District of Columbia, which identifies as one of several Defendants, the firm of White & Steele,

P.C.  This is the first time that White and Steele, P.C., has been named in a court filing which violates this Court's order of March 19, 2004.  Again, upon the grounds and reasoning asserted in Document 566, Case 1:02-cv-01950-EWN-OES, filed 06/29/2005 by the Newspaper Defendants, the CBA now joins in the motion of the Newspaper Defendants, seeking an order of this Court requiring the Plaintiffs to show cause why they should not be held in contempt for their clear violation of the above-referenced Order of March 19, 2004.

        Respectfully submitted,

s/ Brett N. Huff
Brett N. Huff
WHITE AND STEELE, P.C.
950 17th Street, 21st Floor
Denver, CO  80202-2804
Phone:  (303) 296-2828
Fax:     (303) 296-3131
Email:  bhuff@wsteele.com

ATTORNEY FOR DEFENDANT
COLORADO BAR ASSOCIATION

Case 1:02-cv-01950-EWN-OES Document 569 Filed 06/30/2005 Page 2 of 4

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 30, 2005, a true and correct copy of the foregoing was electronically filed via CM/ECF, sending notification of such filing to the following:

**Via CM/ECF:**

Christopher P. Beall, Esq.    cbeall@faegre.com
Thomas B. Kelley, Esq.
Eileen Kiernan-Johnson, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

David R. Brougham, Esq.    broughamd@hallevans.com
Hall & Evans, LLC
1200 – 17th Street, Ste. 1700
Denver, Colorado 80202

Michael T. McConnell, Esq.    mmcconnell@msfhc.com
Traci L. Van Pelt, Esq.    tvanpelt@msfhc.com
Megan E. Poung, Esq.    mpound@msfhc.com
2401 – 15th Street, Ste. 300
Denver, Colorado 80202

**Via Regular Mail:**

Kay Sieverding
David Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 83593

Randall W. Klauzer
Klauzer & Tremaine, L.L.C.
P.O. Box 774525
Steamboat Springs, CO 80477

3

J. Richard Tremaine
Klauzer & Tremaine, L.L.C.
P.O. Box 774525
Steamboat Springs, CO 80477

Patricia Jean Larson
American Bar Association
Office of General Counsel
541 North Fairbanks Court
Chicago, IL 60611

James Booth Fajardo Oliphant
Oliphant, Hammond & O'Hara
919 Oak Street
P.O. Box 774425
Steamboat Springs, CO 80447

        s/ Brett N. Huff
        Brett N. Huff