IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-M-1950 (OES)

KAY SIEVERDING, et al.

    Plaintiffs,

vs.

COLORADO BAR ASSOCIATION, et al.

    Defendants.

### DEFENDANTS RANDALL KLAUZER, JAMES "SANDY" HORNER, J. RICHARD TREMAINE, KLAUZER & TREMAINE, LLC, AND JANE BENNETT'S JOINDER IN MOTION FOR ENTRY OF ORDER TO SHOW CAUSE

Defendants Randall W. Klauzer, Klauzer & Tremaine, LLC, James "Sandy" Horner and Jane Bennett ("these Defendants") by their attorneys, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, hereby join, and incorporate by reference as if fully set forth herein, the motion heretofore filed by Defendants WorldWest Liability Company, d/b/a *The Steamboat Pilot & Today,* and Suzanne Schlicht seeking an order of this Court requiring Plaintiffs to show cause why they should not be held in contempt and hereby request the same.

DATED this 30th day of June, 2005.

    Respectfully Submitted,

    s/ Traci L. Van Pelt
    Traci L. Van Pelt
    Michael T. McConnell
    MCCONNELL SIDERIUS FLEISCHNER
    HOUGHTALING & CRAIGMILE, LLC
    4700 S. Syracuse St., Suite 200
    Denver, CO 80237

2

Phone: (303) 480-0400
Fax: (303) 458-9520
E-Mail: tvanpelt@msfhc.com;
mmcconnell@msfhc.com;
Attorneys for Defendants Randall W. Klauzer, Klauzer & Tremaine, LLC,
James "Sandy" Horner
and Jane Bennett

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 30th day of June, 2005, I electronically filed the foregoing **MOTION FOR ENTRY OF ORDER TO SHOW CAUSE** with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses:

**David R. Brougham**
broughamd@hallevans.com

**Christopher P. Beall**
cbeall@faegre.com treed@faegre.com

**Brett Norman Huff**
bhuff@wsteele.com cfalk@wsteele.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner indicated by the non-participant's name:

**Kay Sieverding**
**David Sieverding**
**Ed Sieverding**
**Tom Sieverding**
641 Basswood Ave.
Verona, WI 53593

**Patricia Jean Larson**
American Bar Association, Office of General Counsel
541 North Fairbanks Court
Chicago, IL 60611

**James Booth Fajardo Oliphant**
Oliphant, Hammond & O'Hara
919 Oak Street
P.O. Box 774425
Steamboat Springs, CO 80477

**J. Richard Tremaine**
Klauzer & Tremaine, LLC
P.O. Box 774525
Steamboat Springs, CO 80477

**Randall W. Klauzer**
Klauzer & Tremaine, LLC
P.O. Box 774525
Steamboat Springs, CO 80477

3

s/ Traci L. Van Pelt
Traci L. Van Pelt
MCCONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE, LLC
4700 S. Syracuse St., Suite 200
Denver, CO 80237
Phone: (303) 480-0400
Fax: (303) 458-9520
E-Mail: tvanpelt@msfhc.com;
Attorneys for Defendants Randall W. Klauzer, Klauzer & Tremaine, LLC,
James "Sandy" Horner
and Jane Bennett