IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

DAVID SIEVERDING, *et al.,*

Plaintiffs,

v.

AMERICAN BAR ASSOCIATION, *et al.*,

Defendants.

_____

Case No.  1:05CV01283
(RMU)

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C., (collectively herein, "Defendants"), through their undersigned attorneys O'Brien, Butler, McConihe & Schaefer, LLP, respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Extension of Time within Which to Respond to Plaintiffs' Complaint, and state as follows:

1. Rule 7 of the Federal Rules of Civil Procedure.

2. Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the District Columbia.

3. Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the District Columbia.

1

## **CERTIFICATION OF COUNSEL**

I certify that, pursuant to Rule 7(m) of the Local Rules of Civil Procedure for the United States District Court for the District of Columbia, I contacted Kay Sieverding on August 15, 2005 and requested her consent to the Defendants' Motion. Ms. Sieverding does not consent to this Motion.

        Respectfully submitted,

        _____
        Kevin A. Kernan, Esquire
        Bar No. 457194
        O'BRIEN, BUTLER, McCONIHE & SCHAEFER
        Suite 1200, Brawner Building
        888 Seventh Street, N.W.
        Washington, D.C. 20006-3967
        Tel.: (202) 298-6161
        kkernan@obmslaw.com

        Attorney for Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C.