IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

DAVID SIEVERDING, *et al.,*

Plaintiffs,

    v.

AMERICAN BAR ASSOCIATION, *et al*.,

Defendants.

Case No.  1:05CV01283
(RMU)

## **ORDER**

THIS MATTER IS BEFORE THIS COURT on a Motion for Extension of Time in Which to Respond to Plaintiffs' Complaint filed by Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C.; the argument of counsel; and for good cause having been shown; it is hereby

ORDERED that Defendants' Motion for Extension of Time in Which to Respond to Plaintiffs' Complaint shall, and hereby is, GRANTED, and it is further

ORDERED that the time in which Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C. shall respond to Plaintiffs' Complaint shall be extended until such time that the United States District Court for the District of Colorado resolves its contempt proceedings and the District of Colorado determines whether these Plaintiffs should be ordered to dismiss this civil action.

    SO ORDERED.

 

_____
RICARDO M. URBINA
DATE:                                                         United States District Judge

cc: Kevin A. Kernan, Esquire
O'BRIEN, BUTLER, McCONIHE & SCHAEFER PLLC
Suite 1200, Brawner Building
888 Seventh Street, N.W.
Washington, D.C.  20006-3967
Tel.: (202) 298-6161
kkernan@obmslaw.com

Attorney for Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C.

David Sieverding
Kay Sieverding
Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593

Plaintiffs *pro se*