UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEVERDING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-01283-RMU |
| | ) |
| AMERICAN BAR ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

**COLORADO STATE DEFENDANT ROUTT COUNTY COURT'S MOTION FOR A THREE-WEEK ENLARGEMENT OF TIME, TO AND THROUGH SEPTEMBER 7, 2005, TO RESPOND TO PLAINTIFF'S COMPLAINT**

Colorado State Defendant, Routt County Court, by and through its attorneys, Office of the Colorado Attorney General and Assistant Attorney General Danielle Moore, hereby moves, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time of up to three-weeks, to and including September 7, 2005, in which to file an Answer or other response to Plaintiffs' Complaint. In support of this Motion, Routt County Court states as follows:

1.      Undersigned counsel is not a member of the District of Columbia Bar. However, she does serve as an Office of the Colorado Attorney General Assistant Attorney General and represents a state agency, Routt County Court, in this case. It is her understanding that pursuant to LCvR 83.2(f) she may appear and represent Routt County Court in this case irrespective of the fact that she is not a member of the District of Columbia Bar.

2. Pursuant to LCvR 7(m), undersigned counsel certifies that her paralegal, Michelle Daniels, spoke with Plaintiff Kay Sieverding by telephone on August 17, 2005 at approximately 11:45 a.m. and Ms. Sieverding stated that Plaintiffs object to any extension of time.

3. Undersigned counsel only recently received the file in this case and was not able to adhere to the Court's requirement that motions for extensions of time be filed at least four business days prior to the deadline the motion seeks to extend. She requests leave of the Court to file the present motion and will certainly adhere to the four-day requirement in the future should the need arise.

4. Routt County Court asserts that no other enlargements of time have been sought in this case and that granting this motion will have no effect on existing deadlines. In fact, co-Defendants have moved for an indefinite extension of time pending the resolution of the contempt proceedings involving a permanent injunction issued by the United States District Court for the District of Colorado. If the Court determines to grant that Motion, this case will effectively be stayed pending resolution of the Colorado matters.

5. As noted above, undersigned counsel only recently received this file and must complete her research and investigation before responding to Plaintiff's eighty-four page Complaint.[1] Thus, Routt County Court seeks a three-week extension of time so that it may

---

[1] Undersigned counsel spoke with the Court's chambers today, August 17, 2005, regarding filing this motion. She was instructed to email it to: dcd_cmecf@dcd.uscourts.gov, and to otherwise register for ECF. The requested three-week extension of time should insure that undersigned counsel is able to register and receive her ECF information before filing the response to Plaintiff's Complaint.

accurately and thoroughly respond to Plaintiffs' Complaint and so that it may receive the results of the September 2, 2005 contempt proceedings against Plaintiffs.

WHEREFORE, Colorado State Defendant Routt County Court respectfully requests that this Court grant an enlargement of time of up to three-weeks, to and including September 7, 2005, in which to file an Answer or other response to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 17th day of August, 2005.

          JOHN W. SUTHERS
          Attorney General

          s/Danielle Moore
          DANIELLE MOORE, 32384*
          Assistant Attorney General
          Tort Litigation Unit
          Civil Litigation & Employment Law Section
          **D.C. Box 20**
          Attorneys for Defendants

          1525 Sherman Street, 5th Floor
          Denver, Colorado  80203
          Telephone:  (303) 866-3545
          *Counsel of Record

## **CERTIFICATE OF SERVICE**

      This is to certify that I have duly served the within COLORADO STATE DEFENDANT ROUTT COUNTY COURT'S MOTION FOR A THREE-WEEK ENLARGEMENT OF TIME, TO AND THROUGH SEPTEMBER 7, 2005, TO RESPOND TO PLAINTIFF'S COMPLAINT upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 17th day of August, 2005, addressed as follows:

| | |
|---|---|
| David Sieverding, *Pro se* | Kevin A. Kernan, Esq. |
| Kay Sieverding, *Pro se* | O'Brien, Butler, McConihe & Schaefer |
| Tom Sieverding, *Pro se* | Suite 1200, Brawner Building |
| Ed Sieverding, *Pro se* | 888 Seventh Street, N.W. |
| 641 Basswood Avenue | Washington, D.C., 20006-3967 |
| Verona, Wisconsin 53593 | |
| | By email to: |
| | kkernan@obmslaw.com |

                                              s/Danielle Moore
                                              _____

*UNITED STATES DISTRICT COURT FOR THE*
*DISTRICT OF COLUMBIA*

| | |
|---|---|
| SIEVERDING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-cv-01283-RMU |
| ) | |
| AMERICAN BAR ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

ENTERED BY UNITED STATES DISTRICT COURT JUDGE RICARDO M. URBINA.

Having shown good cause, IT IS HEREBY ORDERED that Colorado State Defendant Routt County Court's Motion for a Three-Week Enlargement of Time, to and through September 7, 2005, to Respond to Plaintiff's Complaint is GRANTED and Defendant Routt County Court will file its Answer or other response on or before September 7, 2005.

DATE:

                                                                   _____
                                                                   Judge Ricardo M. Urbina

CERTIFICATE OF SERVICE

     I hereby certify that on August ___, 2005, I electronically filed the foregoing Order with the Clerk of Court using the ECF system, which will send notification of such filing to the following e-mail addresses:

Kevin A. Kernan, Esq.
O'Brien, Butler, McConihe & Schaeffer
Suite 1200, Brawner Building
888 Seventh Street, N.W.
Washington, D.C. 20006-3967
kkernan@obmslaw.com

Danielle Moore, Esq.
Assistant Attorney General
Office of the Colorado Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
danielle.moore@state.co.us


I hereby certify that I have served the document or paper to the following non CM/ECF participants by depositing copies of same in the United States mail, postage prepaid, at Washington, D.C., this ____ day of August, 2005, addressed as follows:

David Sieverding, *Pro se*
Kay Sieverding, *Pro se*
Tom Sieverding, *Pro se*
Ed Sieverding, *Pro se*
641 Basswood Avenue
Verona, Wisconsin 53593


                    s/ _____