IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SIEVERDING ET AL

Plaintiff

v.                                                      Case No. 05CV01283 RMU

AMERICAN BAR ASSOCIATION
ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Aug 5 05 at 1239p I executed service of process upon U.S. Judiciary by serving Donna Danzler, who stated she was authorized to accept service for the United States Attorney at the following address:

Location:        950 PENNSYLVANIA AVE NW
                 WASHINGTON DC 20530

By handing to Donna Danzler a copy of the Summons and Amended Complaint

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over 18 years of age and not a party to this matter.

Signature _____        Date: 8-10-05
Roland Gonzales
Process Server
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this 16th day of August, 2005

_____
Notary Public