AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David Sieverding, et al.,

        Plaintiff(s)

vs.

American Bar Association, et al.,

        Defendant(s)

**APPEARANCE**

CASE NUMBER 1:05CV01283(RMU)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Frank Panopoulos__ as counsel in this
                                    (Attorney's Name)

case for:__American Bar Association__
                      (Name of party or parties)

August 25, 2005
Date

_(signature)_
Signature

459365
BAR IDENTIFICATION

Frank Panopoulos
Print Name

White & Case LLP, 701 Thirteenth St. NW
Address

Washington DC 20005
City    State    Zip Code

202-626-3600
Phone Number