IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV01283 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

## THE AMERICAN BAR ASSOCIATION'S MOTION TO DISMISS THE COMPLAINT

Defendant American Bar Association ("ABA") respectfully moves for dismissal of this action as against the ABA pursuant to (i) the doctrine of res judicata, (ii) the *Rooker-Feldman* doctrine, (iii) Rule 8(a)(2) of the Federal Rules of Civil Procedure, (iv) Rule 12(b)(3) of the Federal Rules of Civil Procedure for improper venue, and (v) Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim against the ABA upon which relief can be granted. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in support of the ABA's Motion.

Respectfully submitted,

By: *Carolyn B. Lamm*
Carolyn B. Lamm (D.C. Bar No. 221325)
Frank Panopoulos (D.C. Bar No. 459365)
**WHITE & CASE** LLP
701 13th St., N.W.
Washington, D.C. 20005
(202) 626-3600

*Attorneys for Defendant
American Bar Association*