# EXHIBIT 7

-----Original Message-----
From: Kay Sieverding [mailto:sieverding.kay@slides.com]
Sent: Tuesday, September 06, 2005 4:56 PM
To: kkernan@obmslaw.com; clamm@whitecase.com
Subject: not withdrawing

Dear defense council 05-01283 I do not wish to withdraw from this case. I do not believe that I am in violation of a valid injunction. The Department of justice memo 215 says mandamus does not apply where alternate remedy exists such as prosecution for perjury. I cannot be forced to give up my constitutional rights under threat of jail.

David Sieverding