# EXHIBIT 4

Case 1:05-cv-01283-RMU    Document 27-6    Filed 09/08/2005    Page 1 of 4

IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Deborah Hansen, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: September 2, 2005

Civil Action No.   02-cv-01950-EWN-OES

*Parties:*

KAY SIEVERDING,
DAVID SIEVERDING,
ED SIEVERDING,
TOM SIEVERDING,

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al.,

    Defendants.

*Counsel:*

*Pro Se* (present)
*Pro Se* (present)


Christopher P. Beall
Traci L. Van Pelt
David R. Brougham

---

## COURTROOM MINUTES

HEARING ON MOTIONS

02:50 p.m.   Court in Session

Appearances

Court's comments

This matter is before the Court on the motion for an order citing the Plaintiffs for contempt filed on behalf of the Newspaper Defendants; the motion for a similar order to show cause filed on behalf of all of the defendants Mr. Brougham represents; and the motion for joinder filed by the Colorado Bar Association.

Mr. Beall states for the Court a procedural history of all of the cases, starting with the Court's Order of March 19, 2004 dismissing the case and also imposing the limitation on *pro se* filings; the Magistrate Judge's specific recommendation that was adopted by this Court -- that the plaintiffs be enjoined from filing any further lawsuits that relate to any of the series of events that occurred in Steamboat Springs or that form the basis and backdrop for this case, unless Plaintiffs are represented by counsel. That was affirmed by this Court, and on appeal, the Court of Appeals noted that that prohibition was not in issue.

Further procedural history and argument by Mr. Beall

Statement/argument by Ms. Van Pelt

Statement/argument by Mr. Brougham

03:19    Court's colloquy with *pro se* Plaintiff Kay Sieverding

The Court asks Plaintiff Kay Sieverding if she will voluntarily dismiss the remaining lawsuits at this time.

Plaintiff Kay Sieverding refuses to voluntarily dismiss the remaining lawsuits at this time.

03:22    Argument/statement by *pro se* Plaintiff Kay Sieverding

The Court again asks Plaintiff Kay Sieverding if she will voluntarily dismiss the remaining lawsuits at this time.

Plaintiff Kay Sieverding persists in her refusal to voluntarily dismiss the remaining lawsuits at this time.

The Court's findings are made on the record as to Kay Sieverding.

**The Court FINDS the plaintiff, Kay Sieverding, to be in civil contempt of court.**
> **It is clear that there exists a valid court order, this Court's order is affirmed by the United States Court of Appeals, and there has been no further review of that order. There can be no dispute that Ms. Sieverding had knowledge of the order; and as the Court has found, there can be no dispute that she has disobeyed the order by filing the lawsuits mentioned, three of which remain pending.**

2

**The Court has asked her whether she will voluntarily dismiss those lawsuits, and she has said that she would not.**

**Accordingly, upon the finding that Kay Sieverding is in contempt of court, she is REMANDED to the custody of the United States Marshal for the District of Colorado to be incarcerated until she purges herself of the contempt of court by agreeing voluntarily to dismiss the lawsuits, the two lawsuits pending in the District of Columbia and the lawsuit pending in the District Court for the City and County of Denver.**

**Plaintiff Kay Sieverding is REMANDED to the custody of the U.S. Marshal.**

03:40   Court's colloquy with *pro se* Plaintiff David Sieverding

The Court asks Plaintiff David Sieverding whether he will voluntarily dismiss the remaining lawsuits at this time.

Plaintiff David Sieverding states that he will withdraw his signature.

The Court asks for clarification.

Plaintiff David Sieverding states that he will withdraw from the three cases.

Court's comments

The Court asks defense counsel if the three cases are the only three cases that are at issue.

Mr. Brougham states that those are the only cases that they are aware of.

**ORDERED:**   **Plaintiff David Sieverding shall file on his behalf a motion to voluntarily dismiss those three cases by Friday, September 9, 2005.**

03:44 p.m.   Court in Recess
             Hearing concluded
             Time: 54 minutes

3