IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SIEVERDING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:05CV01283 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

It is hereby ordered that Defendant American Bar Association's Motion to Dismiss the Complaint is GRANTED.

SO ORDERED:

_____
Ricardo M. Urbina
United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

David Sieverding
Kay Sieverding
Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Kevin Aloysius Kernan
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
kkernan@obmslaw.com
Counsel for Defendants:    Jane Bennett
                           Faegre & Benson LLP
                           Hall and Evans LLP
                           McConnell Siderius Fleischner Houghtaling & Craigmile, LLC
                           The World Company
                           White & Steele, PC


Danielle Moore
OFFICE OF THE ATTORNEY GENERAL
1525 Sherman Street, 5th Floor
Denver, CO 80203
danielle.moore@state.co.us
Counsel for:    Routt County Court