IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID SIEVERDING, et al., )
)
          *Plaintiffs*, ) Case No.:05-CV-01283
) (RMU)
v. )
)
AMERICAN BAR ASSOCIATION, et al., )
)
          *Defendants*. )
)

## PLAINTIFF'S REQUEST FOR COUNSEL UNDER ADMINISTRATIVE PROCEDURES ACT.

Plaintiff's request that the Court quickly award them legal assistance under the Administrative Procedures Act. Colorado Judge Nottingham said he would release Kay Sieverding from jail if plaintiffs have a lawyer.

The Administrative Procedures Act guarantees federal legal assistance when there has been ex parte contact. Plaintiffs provided extensive documentation of ex parte collusion in the form of billing statements from 02-CV-1950, billing statements from defendants Brougham and Lettunich, an analysis of the history of the so called injunction which went from the bills to the magistrates R & R without a motion under Rule 65, and a letter from American Bar Association Counsel Patricia Larson requesting suspension of the summary judgment process.

These allegations were made under penalty of perjury. Defendants filed motions to dismiss, they did not dispute plaintiffs' evidence of ex parte collusion. Therefore, the Administrative Procedures Act is triggered.

Dated this 23rd day of September, 2005.

*Kay Sieverding*
Kay Sieverding
Clear Creek County Jail
PO Box 518
Georgetown, CO 80444

SERVICE BY ECF