IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID SIEVERDING, et al., )
)
        *Plaintiffs*, )   Case No.:05-CV-01283
)   (RMU)
v. )
)
AMERICAN BAR ASSOCIATION, et al., )
)
        *Defendants.* )

## MOTION FOR PARTICAL SUMMARY JUDGMENT THAT THERE IS NO CLAIMS PRECLUSION OR RES JUDICATA

MOTION for Summary Judgment that there is no claims preclusive or res-judicata effect from the 02-CV-1950 litigation because the judgment was not based on the merits.

This motion is based on Rule 56 and Rule 12. Under Rule 12 a motion to dismiss presupposes the truth of plaintiffs' allegations. Because plaintiffs verified them under penalty of perjury and testified under personal knowledge they are an affidavit. Plaintiffs' words must be accorded respect because in previous litigation they also verified under penalty of perjury but no allegations of perjury or violations of Rule 9 were alleged. They showed no bad faith.

See the following facts which are undisputed 36, 37, 39, 40, 50, 52, 57c, 59, 60, 68f, 68g, 70, 71, 72, 73, 74, 77, 78 (not underlined portions), 78.1, 80, 83, 84, 85, 86, 87, 88, 89, 90, 91, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 113, 114, 115, 116, 117, 188, 119, 120, 121, 122, 123, 124, 125, 126, 127.

The United States Supreme Court has repeatedly stated that the primary function of procedural due process is to prevent the mistaken or unjustified deprivation of life, liberty or property. In this case plaintiffs have been deprived of both the property value of their lawsuit and the liberty value of their reputations. Thus, the 02-CV-1950 process violated Rule 103, Rulings on Evidence.

"Obligation of the District Court under 28 USCS 636 b(1) to arrive at its own independent conclusion about portions of magistrates report to which objection is made is not satisfied by mere review of the report and recommendation itself."

"A court should not dismiss a plaintiffs' pro se civil rights complaint for failure to state a claim upon which relief can be granted without giving the plaintiff a statement of the complaint deficiencies and a chance to amend the complaint to cure the deficiencies." *Federal Procedure Lawyers Edition § 62:505.*

"The party asserting collateral estoppel or res-judicata must plead and prove the earlier judgment was rendered on the merits of the case. Where there is a question as to whether a previous decision went to the merits of a case non preclusive effect is given to the earlier decision." *American Jurisprudence Judgment pgs. 729-730.*

"The right to disqualify a judge for bias and prejudice is substantive and not one which will be lightly denied and it is included within the right to a fair trial guaranteed by the due process clause of the 5th Amendment to the U.S.C.. Every litigant has the lawful right to expect utter impartiality and neutrality in a judge who tires his case." *American Jurisprudence Judgment p. 146 & p 242.*

Plaintiffs motioned to have Magistrate Schlatter and Judge Nottingham disqualified but their motions were denied without reason.

2

"The complaint is not to be dismissed because ... misconceived the proper legal theory of the claim if the plaintiff is entitled to relief on any theory." *Federal Practice & Procedure Desk Book, Wright & Kane p. 637.*

"Rule precludes final judgment for insufficiency of the complaint except in the extra ordinary case in which the pleader makes allegations that show on the face of the complaint some insuperable bar to relief." *Federal Practice & Procedure Desk Book, Wright & Kane p. 638.*

"The pleader is entitled to have all his claims considered by the _____ of fact." *Federal Practice & Procedure Desk Book Wright & Kane p. 638.*

"Model code requires a court to inform parties that it was considering taking judicial notice so as to afford them an opportunity to be heard." *Rules of Evidence, Wright & Graham p. 517.*

"Where either party has filed a timely request for hearing on a motion that may be dispositive of a claim or defense, the court generally must provide an oral hearing an adequate notice of the time, place and nature of that hearing before entering an order that is dispositive of the claim." *American Jurisprudence §34 p. 27.*

"The fundamental notion of all modern procedural reform that the object of procedure should bee to secure a determination on the merits rather than penalize litigants because of procedural blinders." *Federal Practice & Procedure Desk Book, Wright & Kane p. 642.*

"There is always a tendency to imagine that strict pleading rules will save judicial work ... the big case ... strict rules as to the contents of the complaint ... these efforts

usually resulted only in waste of time and much longer pleadings without any corresponding gain." *Federal Practice & Procedure Desk Book, Wright & Kane p. 643.*

"It is but a small step from the view that the procedure in a civil case must be according to the law to the conception of the law of the land as a limitation upon the impairment of vested rights or the tyrannical exercise of the police power." Quoting *Rodney Mott, Procedural Due Process, Rhonda Wasserman Praeger Publishers 2004 p. 3.*

"A cause of action is a form of property. A plaintiff may bring an action under RICA for interference with another lawsuit. Great expense delay and inconvenience." *West Federal Procedure, Lawyers Ed. 10:158.*

"Plaintiffs failure to comply with Rule requiring short or plain is not sanctionable." *Moores Federal Procedure 83.31.*

"The model code requires courts to inform parties that it was considering taking judicial notice so as to afford them an opportunity to be heard." *Rules of Evidence, Wright & Graham p. 517.*

"In all our endeavors above all we must protect safe access to the courts and our legal system for litigants and the public." *Robert J. Grey, American Bar Association President.*

I hereby verify under penalty of perjury that to the best of my knowledge all the facts in this motion are true and the legal citations and theories are correct "Motion for Summary Judgment that there is no claims preclusive or res-judicata effect from the 02-CV-1950 litigation because the final judgment was not based on merits."

Dated this 23 day of September, 2005.

*Kay Sieverding*
Kay Sieverding
Clear Creek County Jail
PO Box 518
Georgetown, CO 80444

Service by ECF

5