# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEVERDING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-01283-RMU |
| | ) |
| AMERICAN BAR ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

## COLORADO STATE DEFENDANT ROUTT COUNTY COURT'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Colorado State Defendant, Routt County Court, by and through its attorneys, Office of the Colorado Attorney General and Assistant Attorney General Danielle Moore, hereby submits this Reply in Support of Motion to Dismiss Plaintiffs' Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3) and (6) for lack of subject matter and personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted.

Plaintiffs' Consolidated Objection to Defendants' Three Motions to Dismiss ("Plaintiffs' Objection") fails to address several of Routt County Court's arguments, including its assertion of Eleventh Amendment immunity, its lack of status as a person for purposes of 42 U.S.C. § 1983, and this Court's lack of personal jurisdiction over Routt County Court. Accordingly, those arguments should be deemed confessed and Plaintiffs' complaint should be dismissed.[1]

---

[1] Plaintiffs state that if the Court chooses to dismiss Judge Garrecht "…that is fine with the plaintiffs…." (Plaintiffs' Objection, p.4) Judge James H. Garrecht is a Routt County Court Judge in Colorado's Fourteenth Judicial District. Because Plaintiffs' allegations against Routt County Court seem to necessarily involve Judge Garrecht's actions, the Court should deem Plaintiffs' statement as further confession of Routt County Court's motion to dismiss.

Routt County Court relies upon the arguments presented in its Motion to Dismiss Plaintiffs' Complaint in further reply to Plaintiffs' Objection.

WHEREFORE, Colorado State Defendant Routt County Court respectfully requests that this Court dismiss Plaintiffs' Complaint with prejudice and grant such additional relief it deems appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 29th day of September 2005.

JOHN W. SUTHERS
Attorney General

s/Danielle Moore
DANIELLE MOORE, 32384*
Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
Attorneys for Routt County Court

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3545
FAX: (303) 866-5443
E-mail: danielle.moore@state.co.us
*Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Carolyn Beth Lamm, Esq.
WHITE & CASE, L.L.P.
601 13th Street, NW
Washington, D.C. 20005-3807
clamm@whitecase.com

Frank Panopoulos, Esq.
WHITE & CASE, L.L.P.
601 13th Street, NW
Washington, D.C. 20005-3807
fpanopoulos@whitecase.com

Kevin Aloysius Kernan, Esq.
O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, D.C. 20006-3939
kkernan@obmslaw.com

I hereby certify that I have served the document or paper to the following non CM/ECF participants by mail on September 29, 2005:

David Sieverding
Kay Sieverding
Tom Sieverding
Ed Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593

Kay Sieverding
Clear Creek County Jail
P.O. Box 518
Georgetown, Colorado 80444

s/Danielle Moore
DANIELLE MOORE, 32384
Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3545
FAX: (303) 866-5443
E-mail: danielle.moore@state.co.us