US Court District of Columbia

Sieverding
v
A.B.A. etal.

05-CV-01283
RMU **RECEIVED**

OCT 5  2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2nd motion for special prosecutor

I got the audit report for CIRSA (colorado Intergovernmental Risk Sharing Agency). Every audit I have ever seen, except this one, is signed by the project manager. this one is signed only "KPMG Inc." I recognized it as a firm that was recently discussed in the Wall Street Journal because someone associated

①

with them was accused of some sort of criminal conspiracy. Another irregularity is that it didn't divulge the compensation of its 20-year director Tim Greer. The audit said he is on the Board of Directors of one of their reinsurers, but it didn't say how much that pays. It said CIRSA had bought stock in one of their reinsurers. They have several reinsurers. I looked up the audit of a different insurance company

(2)

selling similar insurance and it
said that they had a major
investigation when that company
switched reinsurance companies.
CIRSA is very secretive.
The names of their directors
are secret. They are exclusively
picked from the ranks of city
council members of small cities
who are unlikely to have
special expertise. I got through
to the director's secretary and
she told me she didn't know
what they do. It doesn't appear
that they file with the IRS which
even tax exempts are supposed to

③

I checked and found out that the organization is not listed as a government, government agency, corporation partnership, sole propietorship or charity. I called their lawyer 05-cv-01672 defendant Dave Brougham and asked what kind of organization CIRSA is but he said that he would not tell me. The KPMG report didn't say. It relied on the director to value CIRSA's litigation.

Kay Sieverding

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown Co 80444

Service by ECF

④

U.S. court District of Columbia

Sieverding     )

                )           05-CU-01283

        v        )              RMU

A.B.A.         )

---

Motion for special prosecutor

A woman came up to me in jail and said she heard that I was in for contempt of court. She then told me that the legal system in Colorado is "totally corrupt". She told me that her father is a lawyer. She said that her father is also a coke dealer and that he sells to lawyers and judges. She said her mother divorced her father because she caught him with

1