IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

KAY SIEVERDING, *et al.,*

Plaintiffs,

v.

AMERICAN BAR ASSOCIATION, *et al.*,

Defendants.
_____

Case No.  1:05CV01283
(RMU)

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling &  Craigmile, LLC, The World Company, and White and Steele, P.C., (collectively herein, "Defendants"), through their undersigned attorneys O'Brien, Butler, McConihe & Schaefer, LLP, respectfully oppose the Summary Judgment Motions filed by the Plaintiffs, and state as follows:

### INTRODUCTION

On or about July 18, 2005, the Plaintiffs *pro se* filed their Complaint.  On September 7, 2005 all Defendants filed their respective Motions to Dismiss the Plaintiffs' Complaint.  On September 22, 2005, the Plaintiffs filed its Consolidated Objection to Defendants' Three Motions to Dismiss.  On September 26, 2005 the Plaintiffs filed their Motion for Extension of Time in Which to Respond to the Defendants' Motions to Dismiss.  The Plaintiffs' Motion seeks an extension of twenty (20) days to respond to the Motions to Dismiss, starting from the date Mrs. Sieverding is released from incarceration. Ironically, Mrs. Sieverding remains incarcerated because of her refusal to obey the

1

District of Colorado Court's Order enjoining her from engaging in *pro se* litigation. The Plaintiffs violated the District of Colorado Court's Order by filing this action and one other pending District of Columbia action.

On September 27, 2005, the Plaintiffs filed two more motions: 1) a Motion for Partial Summary Judgment That There Is No Claims Preclusion or Res Judicata, which requests this Court rule that the Plaintiffs' previous Colorado actions have no preclusive effect on this action and 2) an Urgent Motion for Partial Summary Judgment, which requests this Court find that the injunction imposed upon the Plaintiffs' by the District of Colorado Court precluding them from filing this lawsuit is invalid. In support of their Motions for Summary Judgment, the Plaintiffs allege that the factual allegations included in their Complaints are undisputed because 1) they verified their complaint under penalty of perjury and 2) the Defendants' filed motions to dismiss "…which presumes that plaintiffs' stated facts are true."

The Plaintiffs' Motions are lacking in merit and are untimely. At no time have the Defendants' conceded to any of the factual allegations included in the Plaintiffs' Complaint, and therefore, there are no undisputed facts to support their Motions. More importantly, the Defendants' Motions to Dismiss the Plaintiffs' Complaint remain pending, which has stayed all discovery, and as a result, has prevented the Plaintiffs from establishing undisputed facts to support a motion for summary judgment. With no undisputed facts to support their Motions, the Plaintiff's' Motions for Summary Judgment must fail.

WHEREFORE, Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World

Company, and White and Steele, P.C. respectfully request this Court deny the Plaintiffs'

Motions for Summary Judgment as lacking in merit and untimely.

                        Respectfully submitted,

                        _____
                        Kevin A. Kernan, Esquire
                        Bar No. 457194
                        O'BRIEN, BUTLER, McCONIHE & SCHAEFER
                        Suite 1200, Brawner Building
                        888 Seventh Street, N.W.
                        Washington, D.C.  20006-3967
                        Tel.: (202) 298-6161
                        kkernan@obmslaw.com

                        Attorney for Defendants Jane Bennett, Faegre &
                        Benson LLP, Hall & Evans LLP, McConnell Siderius
                        Fleischner Houghtaling &  Craigmile, LLC, The World
                        Company, and White and Steele, P.C.

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT, along with a proposed Order was mailed, first class postage prepaid, on this 7th day of October 2005 to Kay Sieverding, Ed Sieverding, and Tom Sieverding at 641 Basswood Avenue, Verona, Wisconsin 53593.

     I hereby certify that a true copy of the forgoing DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT, along with a proposed Order was sent to the following e-mail addresses on October 7, 2005:

Carolyn Beth Lamm    clamm@whitecase.com,

Danielle Moore    danielle.moore@state.co.us,

Frank Panopoulos    fpanopoulos@whitecase.com,

                                                        Kevin Kernan

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

KAY SIEVERDING, *et al.,*

Plaintiffs,

    v.                                                                                       Case No.  1:05CV01283
                                                                                                  (RMU)
AMERICAN BAR ASSOCIATION, *et al*.,

Defendants.

## ORDER

THIS MATTER IS BEFORE THIS COURT on Plaintiffs' Motion for Partial Summary Judgment That There Is No Claims Preclusion or Res Judicata and the Plaintiffs' Urgent Motion for Partial Summary Judgment, and the Opposition filed by Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C.  Based upon the argument of counsel and because good cause has been shown; it is hereby

ORDERED that Plaintiffs' Plaintiffs' Motion for Partial Summary Judgment That There Is No Claims Preclusion or Res Judicata and the Plaintiffs' Urgent Motion for Partial Summary Judgment shall, and hereby is, DENIED.

    SO ORDERED.

                                                                                        _____

                                                                                        RICARDO M. URBINA
DATE:                                                                  United States District Judge

cc: Kevin A. Kernan, Esquire
O'BRIEN, BUTLER, McCONIHE & SCHAEFER PLLC
Suite 1200, Brawner Building
888 Seventh Street, N.W.
Washington, D.C. 20006-3967
Tel.: (202) 298-6161
kkernan@obmslaw.com

Attorney for Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C.

Kay Sieverding
Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593

Plaintiffs *pro se*