## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEVERDING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 05-cv-01283-RMU |
| | ) |
| AMERICAN BAR ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

### COLORADO STATE DEFENDANT ROUTT COUNTY COURT'S RESPONSE TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Colorado State Defendant, Routt County Court, by and through its attorneys, Office of the Colorado Attorney General and Assistant Attorney General Danielle Moore, hereby submits this Response to Plaintiffs' Motions for Summary Judgment. In support, Routt County Court states the following:

Routt County Court incorporates the arguments and opposition presented in co-defendants', Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, the World Company, and White & Steele, P.C., Opposition to Plaintiffs' Motions for Summary Judgment, filed October 7, 2005. In addition, Routt County Court reasserts its position that the Eleventh Amendment to the United States Constitution bars this suit and otherwise prevents the Court from entering summary judgment against it for lack of subject matter jurisdiction. *See*, *e.g., Edelman v. Jordan*, 415 U.S. 651, 662-63 (1974); *see also Ali v. District of Columbia*, 278 F.3d 1, 6 (D.C. Cir. 2002). Routt

County Court relies upon its Motion to Dismiss Plaintiffs' Complaint in further response and opposition to Plaintiffs' Motions for Summary Judgment.

WHEREFORE, Colorado State Defendant Routt County Court respectfully requests that this Court deny Plaintiffs' motions for summary judgment.

RESPECTFULLY SUBMITTED this 11th day of October 2005.

JOHN W. SUTHERS
Attorney General

s/Danielle Moore
DANIELLE MOORE, 32384*
Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
Attorneys for Routt County Court

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3545
FAX: (303) 866-5443
E-mail: danielle.moore@state.co.us
*Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Carolyn Beth Lamm, Esq.<br>WHITE & CASE, L.L.P.<br>601 13th Street, NW<br>Washington, D.C. 20005-3807<br>clamm@whitecase.com | Frank Panopoulos, Esq.<br>WHITE & CASE, L.L.P.<br>601 13th Street, NW<br>Washington, D.C. 20005-3807<br>fpanopoulos@whitecase.com |

Kevin Aloysius Kernan, Esq.
O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, D.C. 20006-3939
kkernan@obmslaw.com

I hereby certify that I have served the document or paper to the following non CM/ECF participants by mail on October 11, 2005:

| | |
|---|---|
| David Sieverding<br>Kay Sieverding<br>Tom Sieverding<br>Ed Sieverding<br>641 Basswood Avenue<br>Verona, Wisconsin 53593 | Kay Sieverding<br>Clear Creek County Jail<br>P.O. Box 518<br>Georgetown, Colorado 80444 |

s/Danielle Moore
DANIELLE MOORE, 32384
Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3545
FAX: (303) 866-5443
E-mail: danielle.moore@state.co.us

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEVERDING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 05-cv-01283-RMU |
| | ) |
| AMERICAN BAR ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

ENTERED BY UNITED STATES DISTRICT COURT JUDGE RICARDO M. URBINA.

Having reviewed the pleadings and being sufficiently advised, IT IS HEREBY ORDERED that Plaintiffs' Motion for Partial Summary Judgment That There is No Claims Preclusion or Res Judicata and the Plaintiffs' Urgent Motion for Partial Summary Judgment are DENIED.

DATE:

_____<br>
Judge Ricardo M. Urbina

CERTIFICATE OF SERVICE

I hereby certify that on October ___, 2005, I electronically filed the foregoing Order with the Clerk of Court using the ECF system, which will send notification of such filing to the following e-mail addresses:

Carolyn Beth Lamm, Esq.  
WHITE & CASE, L.L.P.  
601 13th Street, NW  
Washington, D.C. 20005-3807  
clamm@whitecase.com

Frank Panopoulos, Esq.  
WHITE & CASE, L.L.P.  
601 13th Street, NW  
Washington, D.C. 20005-3807  
fpanopoulos@whitecase.com

Kevin Aloysius Kernan, Esq.  
O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC  
888 17th Street, NW  
Washington, D.C. 20006-3939  
kkernan@obmslaw.com

Danielle Moore, Esq.  
Assistant Attorney General  
Office of the Colorado Attorney General  
1525 Sherman Street, 5th Floor  
Denver, Colorado 80203  
danielle.moore@state.co.us

I hereby certify that I have served the document or paper to the following non CM/ECF participants by depositing copies of same in the United States mail, postage prepaid, at Washington, D.C., this ____ day of October, 2005, addressed as follows:

David Sieverding  
Kay Sieverding  
Tom Sieverding  
Ed Sieverding  
641 Basswood Avenue  
Verona, Wisconsin 53593

Kay Sieverding  
Clear Creek County Jail  
P.O. Box 518  
Georgetown, Colorado 80444

s/ _____