IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAY SIEVERDING, *et al.*,            )<br>                                      )<br>             *Plaintiffs*,              )<br>                                      )<br>     v.                               )<br>                                      )<br>AMERICAN BAR ASSOCIATION, et al.      )<br>                                      )<br>             *Defendants*.            )<br>                                      ) | Case No. 1:05CV01283<br>(RMU) |

**ORDER**

It is hereby ordered that Plaintiffs' Motion for Partial Summary Judgment and Urgent Motion for Partial Summary Judgment are DENIED.

SO ORDERED:

                                              Ricardo M. Urbina
                                              United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Kevin Aloysius Kernan
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
kkernan@obmslaw.com
Counsel for Defendants:   Jane Bennett
                          David Brougham
                          Hall and Evans LLP
                          Klauzer & Tremaine, LLC
                          Randall Klauzer
                          The World Company
                          Richard Tremaine