IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, )<br>)<br>   *Plaintiffs*, )<br>)<br> v. )<br>)<br>AMERICAN BAR ASSOCIATION, et al. )<br>)<br>   *Defendants*. )<br>) | Case No. 1:05CV01283<br>(RMU) |

**ORDER**

It is hereby ordered that Plaintiffs' Request for Counsel, Motion for Special Prosecutor, and Second Motion for Special Prosecutor are DENIED.

SO ORDERED:

                              Ricardo M. Urbina
                              United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Kevin Aloysius Kernan
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
kkernan@obmslaw.com
Counsel for Defendants:    Jane Bennett
                           David Brougham
                           Hall and Evans LLP
                           Klauzer & Tremaine, LLC
                           Randall Klauzer
                           The World Company
                           Richard Tremaine

2