IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID SIEVERDING, et al., )
)
          Plaintiffs, ) Case No.:05-CV-01283
) (RMU)
   v. )
)
AMERICAN BAR ASSOCIATION, et al., )
)
          Defendants. )
)

MOTION UNDER RULES 9 (B) AND 12 (E) TO COMPELL DEFENDANTS TO PRODUCE EVIDENCE THAT THEY PREVIOUSLY DISPUTED PLAINTIFFS' FACTS

On page 3 of the ABA's Consolidated Objection it says, "plaintiffs… incorrectly assert that that their statements of fact (in 02-cv-1950) were undisputed".

Under Rule 9(B) and 12 (E), the defendant's must produce details that they previously disputed the facts, as stated.

Verification: The plaintiffs hereby declare under penalty of perjury that to the best of their knowledge and belief everything included in this document, and all other documents filed with the Court, is true and correct.

Kay Sieverding            Ed Sieverding            Tom Sieverding

Service by ECF