IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*,  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>AMERICAN BAR ASSOCIATION, et al.  )<br>)<br>*Defendants*.  )<br>) | Case No. 1:05CV01283<br>(RMU) |

### ORDER

It is hereby ordered that Plaintiffs' Motion Under Rules 9(b) and 12(e) to Compel Defendants to Produce Evidence that they Previously Disputed Plaintiffs' Facts is DENIED.

SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　　　 United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
jschaefer@obmslaw.com
Counsel for Defendants:     Jane Bennett
                            Faegre & Benson, LLP
                            McConnell Siderious,
                            White & Steele,
                            Hall and Evans LLC,
                            The World Company

Danielle Moore
OFFICE OF THE COLORADO ATTORNEY GENERAL
1525 Sherman Street
5th Floor
Denver, CO 80203
(303) 866-3545
danielle.moore@state.co.us
Counsel for Defendant:     Routt County Court