FOR THE DISTRICT OF COLUMBIA

SIEVERDING, et al,
        *Plaintiffs,*

v.

AMERICAN BAR ASSOCIATION, et al.,
        *Defendants.*

Case No.:05-CV-01283 (RMU)

**MOTION TO COMPEL PRODUCTION OF DEFENSE 02-CV-1950 AFFIDAVITS SUPPORTING SANCTIONS AGAINST THE SIEVERDINGS**

Sanctions cannot legally be granted without affidavits. This motion is to reinforce plaintiffs' contention that sanctions were awarded in violation of formal due process codified in the laws of civil procedure rules 54 and 65.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/05/05.

*[signature: Kay Sieverding]*

Kay Sieverding
Clear Creek County Jail
Box 518
Georgetown, CO 80444

RECEIVED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT