IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIEVERDING, et al,

        Plaintiffs,

v.

AMERICAN BAR ASSOCIATION, et al.,

        Defendants.

Case No.:05-CV-01283 (RMU)

**PLAINTIFFS' OBJECTION TO DEFENSE MOTION FOR A STAY**

"A stay is as much a refusal to exercise Federal jurisdiction as a dismissal... In most cases neither stay nor dismissal will be proper and the Federal Court will be obligated to exercise its jurisdiction." Federal Practice and Procedure, Wright and Kane Federal Practice Desk Book page 460-461

Plaintiffs are extremely opposed to a stay because it would void the Rules of Civil Procedure, deny their Constitutional Rights to access the courts, obstruct justice and cause irreparable harm to the plaintiffs. Even though this would be a dispositive motion, defense did not even attempt to confer, thus violating local rules. A stay would also conflict with Judge Urbina's published rules. The litigation laws are not optional, even for the ABA and those hiding behind it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/09/05.

_/s/ Kay Sieverding_
Kay Sieverding

_/s/ Ed Sieverding_
Ed Sieverding

_/s/ Tom Sieverding_
Tom Sieverding