IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV01283 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION
FOR A STAY OR ENLARGEMENT OF TIME IN WHICH TO
RESPOND TO PLAINTIFFS' PENDING AND FUTURE MOTIONS**

In their opposition to Defendants' Motion For A Stay Or Enlargement Of Time In Which To Respond To Plaintiffs' Pending And Future Motions ("Motion"), Plaintiffs have misconstrued the signatory Defendants' request. The Defendants have not requested a stay of the entire action. Rather, Defendants have requested that they not be required to respond to Plaintiffs' motions in this case, either through a stay on that requirement or a general enlargement of time, until the Court has decided the dispositive motions to dismiss Plaintiffs' action that are presently before the Court.

Defendants filed their motion in response to the duplicative and prolific nature of Plaintiffs' motions and because the pending dispositive motions to dismiss may render all of Plaintiffs' filings moot. Plaintiffs' arguments that a stay would "void the Rules of Civil Procedure, deny their Constitutional Rights to access the courts, obstruct justice and cause irreparable harm" (Opp. at 1) are inapposite. The present Motion does not conflict with the

Federal Rules of Civil Procedure or any of this Court's rules. It is not dispositive. It is in line with legal precedent. *See e.g., Air Transport Assoc. of America v. Hernandez*, No. CIV.A.3096-66, 1967 WL 97, *6 (D.D.C. May 23, 1967) (unreported) (considering, then granting motion for enlargement of time pending determination of motion to dismiss).

In short, the present Motion is made in the interests of efficiency and conservation of the Defendants' and the Court's resources. It is simply a request to delay any requirements of responding to Plaintiffs' many motions until after the Court has ruled on the Defendants' pending motions to dismiss.

## CONCLUSION

For the foregoing reasons, the Defendants' Motion for a Stay or Enlargement of Time in which to Respond to Plaintiffs' Motions should be granted.

Dated:  Washington, D.C.
        November 23, 2005

Respectfully submitted,

**WHITE & CASE**
LIMITED LIABILITY PARTNERSHIP

By: _____
Carolyn B. Lamm (D.C. Bar No. 221325)
Frank Panopoulos (D.C. Bar No. 459365)
WHITE & CASE LLP
701 13th St., N.W.
Washington, D.C. 20005
(202) 626-3600

*Attorneys for Defendant*
*American Bar Association*

By: _____
Jerome C. Schaefer (D.C. Bar No. 224931)
O'BRIEN, BUTLER, MCCONIHE &
SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939

*Attorney for Defendants*
*Jane Bennett, David Brougham*
*Hall and Evans LLP*
*Klauzer & Tremaine, LLC*
*Randall Klauzer, The World Company*
*Richard Tremaine*

By: _____
Danielle Moore, Assistant Attorney General
OFFICE OF THE COLORADO
ATTORNEY GENERAL
1525 Sherman Street
5th Floor
Denver, CO 80203

*Attorney for Defendant*
*Routt County Court*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on November 23, 2005 I electronically filed the foregoing Defendants' Reply in Support of Their Motion for a Stay or Enlargement of Time in which to Respond to Plaintiffs' Motions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jerome C. Schaefer, Esq.
O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, D.C. 20006-3939
jschaefer@obmslaw.com

Attorney for Defendants Jane Bennett, David Brougham, Hall and Evans LLP, Klauzer & Tremaine, LLC, Randall Klauzer, The World Company, and Richard Tremaine.

Danielle Moore
OFFICE OF THE ATTORNEY GENERAL
1525 Sherman Street
5th Floor
Denver, CO 80203
danielle.moore@state.co.us

Attorney for Defendant Routt County Court.


  I hereby certify that I have served the foregoing to the following non CM/ECF participants by Federal Express:

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

_____
Matthew Ahn