IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV01283 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

It is hereby ordered that the Defendants' Motion to Compel Production of Defense 02-CV-1950 Affidavits Supporting Sanctions Against the Sieverdings is DENIED as to the ABA.

SO ORDERED:

_____
Ricardo M. Urbina
United States District Court Judge

Dated: _____


List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
jschaefer@obmslaw.com
Counsel for Defendants:   Jane Bennett
                          Faegre & Benson, LLP
                          McConnell Siderious,
                          White & Steele,
                          Hall and Evans LLC,
                          The World Company


Danielle Moore
Assistant Attorney General
OFFICE OF THE COLORADO ATTORNEY GENERAL
1525 Sherman Street
5th Floor
Denver, CO 80203
(303) 866-3545
danielle.moore@state.co.us
Counsel for Defendant:   Routt County Court