IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SIEVERDING, et al., | ) |
| Plaintiffs, | ) Case No.:05-CV-01283 (RMU) |
| v. | ) |
| AMERICAN BAR ASSOCIATION, et al., | ) |
| Defendants. | ) |

**Motion to stay collection actions scheduled on 01-09-06 and to expedite motion for summary judgment invalidating award to the 02-cv-1950 defendants**

1) Stay of the collection actions was implicit in the appeal of the award.

2) There is a formal procedure for a cross-claim and in 02-cv-1950, that procedure was not used.

3) There cannot be an award of general attorney fees without a decision on the merits.

4) There cannot be a decision on the merits without either a jury trial or a grant of summary judgment. In 02-cv-1950, there was neither.

5) For there to be a decision that the 02-cv-1950 defendants had immunity or lacked a duty to care, there needed to be a summary judgment hearing and a reply conforming with Rule 12 with stipulation and/ dispute of fact by number. There was neither.

6) The claim that defendants should be awarded under Rule 11 about $113,000 for contesting immunity cannot be sustained because defendants did not file a formal reply under Rule 12 as required by the supreme court.

7) Also, plaintiffs claimed that defendants acted in an intentionally criminal and tortuous manner. There is no immunity for this under the Colorado governmental immunity act.

8) Rule 11 sanctions require a specific motion alleging misstatements of law with particularity.

9) The Colorado magistrates report as discussed in the complaint and other pleadings did not include the underlying claims of malicious prosecution, extortion and abuse of process by Jane and Kevin Bennett and did not acknowledge the conspiracy to damage reputation. The magistrates report misrepresented the complaint and violated the rules of evidence. Plaintiffs claimed that the newspaper knowingly republished fraudulent statements within two years causing plaintiffs special damages and conspired to damage reputation and the magistrates report misrepresented the claims on the newspaper.

10) Plaintiffs recently motioned to compel the defense to supply affidavits supporting sanctions. They supplied none.

11) Rule 54 requires that attorney bills cannot be a warded without a motion stating a basis in law. No basis was stated except by Mr. Brougham and his was based on government immunity, however, as discussed above he did not file a reply complying with the supreme court instructions.

12) Plaintiffs will be irreparably damaged by additional collection actions.

13) Plaintiffs appealed to the United States Supreme Court for a stay of collection actions. That appeal is pending. The Supreme Court has request more information. Defendants did not oppose the stay.

14) The defendants' motivation to collect the $113,000 is to obstruct future legal actions. As Mr. Brougham emailed to plaintiffs, they are all insurance companies.

15) Plaintiffs relied on the representations of the U.S. Judiciary web site that each side pays its own attorney bills.

16) There were no witnesses or depositions.

17) Defendants did nto travel.

18) Defendants were awarded without bills and without replies.

19) There was no trial.

20) Plaintiffs were not accused of fraud, perjury or specific misuse of procedure

21) Plaintiffs have applied for an oral hearing and the defendants have not disputed this request.

22) Jurisdiction is established by Rule 60 (b) (3) and acts and omissions in Washington by the us government, the ABA and O'Brien previous to the complaint

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/10/05.

*Kay Sieverding* (signature)
Kay Sieverding

Certificate of Service

Service by Email and ECF

**Frank Panopoulos**
WHITE & CASE LLP
601 13th Street, NW
Washington, DC 20005
(202) 626-3600
Fax: (202) 639-9355
Email: fpanopoulos@whitecase.com
*ATTORNEY TO BE NOTICED*

**Jerome Charles Schaefer**
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Suite 1200
Washington, DC 20006
(202) 298-6161
Fax: (202) 293-1640
Email: jschaefer@obmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Aloysius Kernan**
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006 -3939
(202) 298-6161
Fax: (202) 293-1640
Email: kkernan@obmslaw.com
*TERMINATED: 12/13/2005*
*ATTORNEY TO BE NOTICED*

**Carolyn Beth Lamm**
WHITE & CASE, LLP
701 13th Street, NW
Suite 1200
Washington, DC 20005-3807
(202) 626-3605
Fax: (202) 393-2893

Email: clamm@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Moore**
OFFICE OF THE ATTORNEY GENERAL
1525 Sherman Street
5th Floor
Denver, CO 80203
(303) 866-3545
Email: danielle.moore@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*