United States Court District of Columbia

Sieverding                    05-CV-01283 / 05-CV-01672
 v.
A.B.A.                        RMU

Motion to Amend Pleadings to Conform with the Evidence

A1.) The ABA has recommended minimum standards for appellate court decisions.

A2.) "Every decision should be supported at minimum, by a citation of the authority or statement of grounds upon which it is based. When the lower court decision was based on a written opinion that adequately expresses the appellate court's view of the law, the reviewing court should incorporate that opinion or such portions of it as are deemed pertinent, or, if it has been published, affirm on the basis of that opinion." ABA minimum Standards for Appellate Court Opinions Feb 2000 3.36 Decisions and Opinions.

A3.) There was no published opinion to affirm.

A4.) The appellate court did not express

①

an opinion of the law. It did not cite authority.

A5.) In no forum, have any of the defense counsel or court asked for explanation or clarification.

A6) A newspaper reporter recently read the complaint and her only question so far was whether Bennett was on the city council when he first blockaded and fenced off the road. She also asked for more of a description of the physical blockade. She read it before Sieverding talked to her. She also read quite a lot of plaintiff's other filings and seemed to have no problems understanding plaintiffs' filings. The only thing she couldn't understand is why plaintiff is in jail.

A7.) The Colorado magistrate's report is about the same length as the 02-cv-1950 complaint.

Under penalty of perjury

Ray Sieverding

Service by ECF

Clear Creek Jail
POB 518
Georgetown CO 80444