United States Court District of Columbia (05-cv-01283, 05-cv-01672, 05-cv-02122)
United States Court District of Kansas (05-cv-2510)
(Consolidated Motion)

---

United States Court District of Columbia

Sieverding                                                          05-cv-02183 (D of Columbia)

                                                                    RMU

v.

American Bar Association, Jane Bennett, Faegre & Benson, Hall and Evans LLC, McConnell Siderius Fleischner Houghtaling & Craigmile, James B.F. Oliphant, Routt County Court, The World Company AKA Lawrence Journal World and the Steamboat Pilot & Today. U.S. Judiciary, White & Steele

An action for relief of judgment from D. of Colorado 02-cv-1950 filed under Rule 60 B (3) in a nonrendering court.

---

United States Court District of Columbia

Sieverding                                                          05-cv-01672 (D of Columbia)

                                                                    RMU

v.

American Bar Association, Colorado Bar Association and their insurance company (true name unknown), City of Steamboat Springs, CO, , Jane Bennett, Kevin Bennett, Ken Brenner, David Brougham, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, Hall & Evans, LLC and their insurance, James "Sandy Horner", Klauzer & Tremaine, LLC, Paul Hughes, Randall Klauzer, Anthony Lettunich and his insurance, Paul R. McLimans and his insurance, Wendie Schulenburg and her insurance, Melinda Sherman and her insurance, Kerry St. James and his insurance, James B.F. Oliphant, Suzanne Schlicht, Steamboat Pilot & Today Newspaper, Arianthe Stettner, Paul Strong, Richard Tremaine, James Weber, P. Elizabeth Wittemeyer, WorldWest Limited Liability Company.

An action for first amendment retaliation and trespass on chattels

United States Court District of Columbia

---

Sieverding
                                                                    05-cv-02122 (D. of Columbia)

1

v.

RMU

American Bar Association, White and Case, &
O'Brien, Butler, McConihie and Schaeffer, PLLC,

An action for conspiracy to deprive rights and unlawful imprisonment

---

United States Court District of Eastern Kansas

Kay Sieverding                              05-cv-2510

v.

WorldWest LLP AKA The Steamboat Pilot/Today AKA The World Company

An action for defamation per se and first amendment retaliation and an action for an injunction to restrain publication of listed articles.

**Sieverding's consolidated motion to stay**

-----

After Colorado Judge Nottingham issued an order that the U.S. Marshal should arrest Sieverding unless she withdrew these cases, plaintiff filed a motion to dismiss without prejudice under duress of jail. Judge Nottingham didn't like that and ordered her to file an amended motion to dismiss under duress of jail. Plaintiff assumes that there will be no legal penalty for legal fees, res judicata, statute of limitations etc. since these motions were made against her will under duress of jail at the request of the defense counsel or agents for the defense.

Sicverding now notices that the filing fees have been increased effective 4/9/06. Also, the service on the D.C. actions was expensive. Meanwhile, she is pursuing the return of her rights as a U.S. citizen in the Colorado Court of Appeals.

2

Sieverding's financial condition has deteriorated in recent months due to the delay, the 4+ months in jail, attorney bills, required travel to the District of Colorado, defamation on the Internet, and the filing of a notice of foreign judgment against her husbands' assets (even though the award of attorney bills was not a final judgment as shown by the defense bills themselves).

Would it be possible to modify the motion to dismiss to a motion to stay, without going to jail, while Sieverding pursues her appeal for return of her rights as a U.S. Citizen, so that Sieverding won't have to repay the filing and service expenses? Sieverding believes that the 10th Circuit will return her rights as a U.S. Citizen since there is no basis in federal procedure to remove the rights to pursue an action pro se, there was no finding of fraud or misconduct on her part, Rule 65 procedure was not followed, and there were no hearings on proposed injunction. The District of Colorado has a special form for a preliminary injunction but it was not used. It has a line for a law to be filled in, but no law was cited, other than the broke prisoner free filing law, which is not applicable.

Kay Sieverding     3/06//06     *Kay S.*

641 Basswood Ave., Verona, WI 53595

608 848 5721

3

Service by ECF and paper copy sent by first class mail to

"Kay Sieverding's, consolidated motion to stay" is sent by first class mail to the following

defense counsel on March 6, 2006



| John Palmeri<br>Brett N Huff<br>White and Steele for CBA<br>950 17th St, 21st floor<br>Denver, CO 80202-2804 | David Brougham<br>Hall and Evans, LLC<br>1225 Seventeenth St, Suite 600<br>Denver, CO 80206-<br>303 628 3300 |
|---|---|
| Patricia J. Larson<br>American Bar Association<br>Office of General Counsel<br>321 N. Clark Street<br>Chicago, IL 60610-4714 | Thomas Kelley/Christopher P. Beall/<br>Eileen Kiernan Johnson<br>Faegre & Benson<br>1700 Lincoln St.<br>3200 Wells Fargo Center<br>Denver, CO 80203-4532 |
| Traci L. Van Pelt/Michael T<br>McConnell/Troy R. Backman/Megan E.<br>Pound<br>McConnell Siderious etc.<br>4700 S. Syracuse St, Suite 200<br>Denver, CO, 80237 | James B.F. Oliphant<br>Feldmann, Nagel & Oliphant<br>PO 775628<br>919 Oak St<br>Steamboat Springs, CO 80477 |
| Carolyn B. Lamm<br>Frank Panolpoulos<br>White and Case llp<br>701 13th St. N.W.<br>Washington, D.C. 20005 | Jerome C. Schaefer Esq.<br>O'Brien, Butler, McConihe & Schaefer<br>888 17th St. NW<br>Washington, D.C. 20006-3939 |

4