UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KAY SIEVERDING *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1283 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 16, 17, 27 |
| | : | | |
| AMERICAN BAR ASSOCIATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of July, 2006,

**ORDERED** that the defendants' motions to dismiss are **GRANTED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge