RECEIVED

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States Court District of Columbia

Sieverding                                          05-cv-01283 RMU

v.

American Bar Association et al                      Judge Urbina

---

Plaintiff's certificate of service of two more copies on U.S. Government

When plaintiff served the complaint in August 2005, she did not know that she was required to serve the U.S. Government three different times. However, the U.S. Government wrote to her and said that they were precluded from answering unless served two additional copies. They were involved under a Freedom of Information Act portion.

Service of the additional copies is allowed by mail. Per the directions of the letter from the U.S. government, plaintiff immediately arranged to have a copy of the complaint sent to

| | |
|---|---|
| 1.) Civil Process Server | Sent by U.S. Express Mail on 12/15/2005 |
| U.S. Attorney | Tracking number ED 086025126 US |
| 501 3rd St | |
| Washington D.C. 20530 | |
| 2.) Civil Process Server | Sent by U.S. Express Mail on 12/15/2005 |
| Thurgood Marshall Federal bldg | Tracking number ED 086025143 US |
| One Columbus Circle NE | |
| Washington DC 20544 | |

The express mail receipts are enclosed.      Kay S——

Kay Sieverding, 641 Basswood Ave., Verona, WI 53593m 608-848-5721, 07/10/06



United States Court District of Columbia

Sieverding                                          05-cv-01283

v.

American Bar Association et al                      Judge Urbina

---

Plaintiff's certificate of service of two more copies on U.S. Government

When plaintiff served the complaint in August 2005, she did not know that she was required to serve the U.S. Government three different times. However, the U.S. Government wrote to her and said that they were precluded from answering unless served two additional copies. They were involved under a Freedom of Information Act portion.

Service of the additional copies is allowed by mail. Per the directions of the letter from the U.S. government, plaintiff immediately arranged to have a copy of the complaint sent to

1.) Civil Process Server          Sent by U.S. Express Mail on 12/15/2005
U.S. Attorney                     Tracking number ED 086025126 US
501 3rd St
Washington D.C. 20530

2.) Civil Process Server          Sent by U.S. Express Mail on 12/15/2005
Thurgood Marshall Federal bldg    Tracking number ED 086025143 US
One Columbus Circle NE
Washington DC 20544

The express mail receipts are enclosed.     Kay S——

Kay Sieverding, 641 Basswood Ave., Verona, WI 53593m 608-848-5721, 07/10/06

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE — Post Office Copy

ED 086025143 US

ORIGIN (POSTAL USE ONLY)
- PO ZIP Code: 53707
- Date In: 12/15/05
- Flat Rate Envelope: $13.65
- Total Postage & Fees: $13.65

FROM: David Sieverding, 641 Basswood Ave, Verona, WI 53593
Phone: 608 848-721

TO: Civil Process Server
Thurgood Marshall Federal Judiciary Center Bldg
One Columbus Circle N.E.
Washington, DC
20544

---

**Customer Copy** — Label 11-B September 2002
**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE — Post Office To Addressee

ED 086025126

ORIGIN (POSTAL USE ONLY)
- PO ZIP Code: 53707
- Date In: 12/15/05
- Time In: 2:05 PM
- Weight: 1 lb 0 oz
- Flat Rate Envelope: $13.65
- Total Postage & Fees: $13.65

FROM: David Sieverding, 641 Basswood Ave, Verona, WI 53593
Phone: 608 845-721

TO: Civil Process Server
U.S. Attorney
501 3rd Street
Washington DC
20530
Phone: 202 514-7170

United States Court District of Columbia

Sieverding                                                                 05-cv-01283

v.

American Bar Association et al                              Judge Urbina

---

Plaintiff's certificate of service of two more copies on U.S. Government

When plaintiff served the complaint in August 2005, she did not know that she was required to serve the U.S. Government three different times. However, the U.S. Government wrote to her and said that they were precluded from answering unless served two additional copies. They were involved under a Freedom of Information Act portion.

Service of the additional copies is allowed by mail. Per the directions of the letter from the U.S. government, plaintiff immediately arranged to have a copy of the complaint sent to

    1.) Civil Process Server    Sent by U.S. Express Mail on 12/15/2005

    U.S. Attorney    Tracking number ED 086025126 US

    501 3rd St

    Washington D.C. 20530

    2.) Civil Process Server    Sent by U.S. Express Mail on 12/15/2005

    Thurgood Marshall Federal bldg    Tracking number ED 086025143 US

    One Columbus Circle NE

    Washington DC 20544

The express mail receipts are enclosed.

Kay Sieverding, 641 Basswood Ave., Verona, WI 53593m 608-848-5721, 07/10/06

