IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV01283 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

It is hereby ordered that the Plaintiffs' Motion for Reconsideration of Order Dismissing the Actions is DENIED as to the ABA.

SO ORDERED:

_____
Ricardo M. Urbina
United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
jschaefer@obmslaw.com
Counsel for Defendants:    Jane Bennett
                           Faegre & Benson, LLP
                           McConnell Siderious,
                           White & Steele,
                           Hall and Evans LLC,
                           The World Company


Danielle Moore
Assistant Attorney General
OFFICE OF THE COLORADO ATTORNEY GENERAL
1525 Sherman Street
5th Floor
Denver, CO 80203
(303) 866-3545
danielle.moore@state.co.us
Counsel for Defendant:    Routt County Court