## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No.:   05-1283 (RMU) |
| v. : | |
| : | Document No.:   65 |
| AMERICAN BAR ASSOCIATION *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of November, 2006,

**ORDERED** that the plaintiffs' motion for relief from judgment is **DENIED**.

**SO ORDERED**.

 

RICARDO M. URBINA
United States District Judge