IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

KAY SIEVERDING, *et al.,*

Plaintiffs,

v.

Case No. 1:05CV01283
Judge Ricardo M. Urbina

AMERICAN BAR ASSOCATION, *et al.*,

Defendants.
_____

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 28, 2006 ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT**

Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C., (collectively herein, "Personal Jurisdiction Defendants"), through their undersigned attorneys O'Brien, Butler, McConihe & Schaefer, LLP, respectfully oppose the Plaintiffs' Motion for Reconsideration ("Plaintiffs' Second Motion for Reconsideration") (docket entry #72) of this Court's Order ("Order") (docket entry # 70) denying the Plaintiffs' motion for relief from Judgment, and state as follows:

**ARGUMENT**

The Court should deny Plaintiffs' Second Motion for Reconsideration as against the Personal Jurisdiction Defendants since it fails to raise any new arguments or facts and fails to present any evidence supporting the Fed.R.Civ.P. 60(b) factors addressed by this Court in its Memorandum Opinion of November 28, 2006. ("Memorandum Opinion of November 28, 2006")(docket entry #71) at 4-6. Further, as with Plaintiffs' First Motion for Reconsideration

filed on August 1, 2006 (docket entry #65), the Plaintiffs' Second Motion for Reconsideration is devoid of any new arguments, facts or evidence to overcome this Courts conclusion that the claims against the Personal Jurisdiction Defendants do not arise from acts in the District of Columbia. ("Memorandum Opinion of July 17, 2006")(docket entry #63) at 13-14, ("Memorandum Opinion of November 28, 2006")(docket entry #71) at 4-6.

In as much as the Plaintiffs' Second Motion for Reconsideration fails to address any of the Court's conclusions in the Memorandum Opinion of November 28, 2006 and is devoid of any basis upon which to alter the Courts conclusion and Order of November 28, 2006, the Court should deny the Plaintiff's Second Motion for Reconsideration.

## CONCLUSION

For the foregoing reasons, this Court should deny Plaintiffs Motion for Reconsideration.

Date: December 22, 2006

Respectfully submitted,

O'Brien, Butler, McConihe & Schaefer

By: /s Jerome C. Schaefer
Jerome C. Schaefer
D.C. Bar No. 224931
O'BRIEN, BUTLER, McCONIHE & SCHAEFER
888 17th St., N.W., Suite 1200
Washington, D.C.  20006
(202) 298-6161
jschaefer@obmslaw.com

*Attorney for Defendants*
*Jane Bennett, Faegre & Benson LLP,*
*Hall & Evans LLP, McConnell Siderius*
*Fleischner Houghtaling & Craigmile,*
*LLC, The World Company, and White*
*and Steele, P.C.*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 28, 2006 ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT, along with a proposed Order was mailed, first class postage prepaid, this 22nd day of December 2006, to Kay Sieverding at 641 Basswood Avenue, Verona, WI 53593, David Sieverding at 641 Basswood Avenue, Verona, WI 53593, Ed Sieverding at 641 Basswood Avenue, Verona, WI 53593, and Tom Sieverding at 641 Basswood Avenue, Verona, WI 53593.

I hereby certify that a true copy of the forgoing CO-DEFENDANT O'BRIEN, BUTLER, McCONIHE & SCHAEFERS' OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION, along with a proposed Order was sent to the following e-mail addresses on December 22nd, 2006:

    Carolyn Beth Lamm   clamm@whitecase.com

    Frank Panopoulos   fpanopoulos@whitecase.com

    Danielle Moore   danielle.moore@state.co.us


By:/s Jerome C. Schaefer
Jerome C. Schaefer