IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 1:05CV01283 |
| ) | (RMU) |
| v. ) | |
| ) | |
| AMERICAN BAR ASSOCIATION, et al. ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion for Reconsideration of the Court's November 28, 2006 Order be, and it is hereby, DENIED.

SO ORDERED.

                                        RICARDO M. URBINA
                                        United States District Judge

DATE:

cc:    Kay Sieverding
        Tom Sieverding
        David Sieverding
        Ed Sieverding
        641 Basswood Avenue
        Verona, WI 53593

        Plaintiffs *pro se*

        Jerome C. Schaefer
        O'BRIEN, BUTLER, McCONIHE & SCHAEFER

Suite 1200, Brawner Building
888 Seventeenth Street, N.W.
Washington, D.C. 20006-3967
Tel.: (202) 298-6161
jschaefer@obmslaw.com

*Attorney for Defendants Jane Bennett, Faegre & Benson LLP, Hall & Evans LLP, McConnell Siderius Fleischner Houghtaling & Craigmile, LLC, The World Company, and White and Steele, P.C.*