IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM

LaDonne Bush, Deputy Clerk                              Date: September 22, 2006
Therese Lindblom, Court Reporter

Civil Action No. 02-cv-01950-EWN-OES

*Parties:*                                              *Counsel:*

KAY SIEVERDING, et al,                                  Edward Harris

    Plaintiffs,

v.

COLORADO BAR ASSOCIATION, et al,                        Brett Huff
                                                    Danielle Moore
    Defendants.                                     Michael McConnell
                                                    Christopher Beall

---

### COURTROOM MINUTES

---

**Show Cause Hearing**

3:20 p.m.      Court in session.

Ms. Sieverding is not present.

Discussion between the Court and Mr. Harris regarding Ms. Sieverding's failure to appear today.

Court states that Mr. Harris is entirely proper in entering a limited appearance in this case.

**ORDERED:   Arrest warrant shall be issued for Kay Sieverding.**

Discussion between the Court, Mr. Harris and Mr. Beall regarding the lawsuits that should be dismissed.

Court states that at the next hearing, Ms. Sieverding should be prepared to show cause.

Courtroom Minutes
Judge Edward W. Nottingham
Page 2


3:34 p.m.     Court in recess.

Hearing concluded.

Time in court: 00:14

AO442 (D/CO Mod. 08/01)                                                            Warrant for Arrest

# United States District Court
### District of Colorado

KAY SIEVERDING

V.

COLORADO BAR ASSOCIATION, et al.,

**WARRANT FOR ARREST**

Case Number: 02-cv-01950-EWN-OES

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **KAY SIEVERDING**
                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment    __ Information    __ Complaint    **X** Order of Court    __ Violation    __ Probation Violation Petition

charging him or her (brief description of offense)

FAILURE TO APPEAR

in violation of _____ United States Code, Section(s) _____

Gregory C. Langham                                    Clerk, United States District Court
Name of Issuing Officer                                     Title of Issuing Officer

*[signature]*                                               September 25, 2006 Denver, Colorado
Signature of Issuing Officer                                   Date and Location

Bail fixed at $ _____ by _____
                                                                                  Name of Judicial Officer

| Return | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |