United States Court District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

Mutual Insurance of Bermuda et al.            02-1950 - EWN -CBS        OCT 6  2006

v.

**GREGORY C. LANGHAM**
**CLERK**

Kay Sieverding                    Judge Nottingham

Motion for defense notice.

Sieverding is filing the attached in the 10th Circuit. Sieverding was afraid to have the defense know where she is since Mutual Insurance is a criminal conspiracy and the group has committed so many crimes against her, including crimes of violence as described in the 10th Circuit Motion under the Justice for All Act of 2004 and undisputed by the defendants. She is currently a refugee in Canada from Judge Nottingham and Mutual Insurance of Bermuda. However, she finally decided that if they are going to hire some sort of hit man, better to come after her than after her family.

Kay Sieverding, 10/4/06   *Kay S*

Temporary address: Kirkfield Motor Hotel, 3317 Portage Ave, Winnepeg Manita R3K OW8, Canada 204 837 1314 rm 214