Notice of Appeal to the District of Columbia Court of Appeals from a

Judgment or Order of a District Court

United States Court for the District of Columbia

File numbers 05-01283/05-01672

**RECEIVED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sieverding et al, Plaintiffs    )
                                )   Notice of
                                )
v.                              )   Appeal
                                )
                                )
American Bar Association et al., defendants   )

Notice is hereby given that David, Kay, Edward, and Thomas Sieverding hereby appeal to the United States Court of Appeals for the D.C. Circuit orders sua sponte dismissing 05-01283 on the basis of res judicata on 11/28/06 and 05-01672 on the basis of res judicata on 12/21/07. Tolling Rule 59 motions were filed on 12/12/06 for 05-01283 and 1/8/07 for 05-01672

Kay Sieverding
641 Basswood Ave.
Verona, WI 53593
608 848 5721

/s/ Kay Sieverding