## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KAY SIEVERDING *et al.*,                    :
                                            :
            Plaintiffs,                      :
                                            :     Civil Action No.:     05-1283 (RMU)
            v.                               :
                                            :     Document Nos.:        72, 76
AMERICAN BAR ASSOCIATION *et al.*,          :
                                            :
            Defendants.                      :

## <u>ORDER</u>

It is this 11th day of December, 2007,

**ORDERED** that for the reasons stated in the court's November 28, 2006 Memorandum

Opinion, the plaintiffs' second motion for relief from judgment is **DENIED**; and it is

**FURTHER ORDERED** that the plaintiffs' second motion for an ECF password is

**DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge